UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20394-SCOLA

UNITED STATES OF AMERICA ex rel.
DEREK LEWIS and JOEY NEIMAN,
    Plaintiffs,

v.

COMMUNITY HEALTH SYSTEMS, INC.; et al.

    Defendants.
_____/

FILED UNDER SEAL

False Claims Act
[31 U.S.C. §§ 3729-31]

Sealed

FILED BY _____ D.C.
MAR 12 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

In its Orders, dated September 5, 2018 and January 17, 2019, the Court indicated that the Government must make its intervention decision on or before March 12, 2019, and that no further extensions of time would be granted. The Government's investigation has not been completed and, as such, the United States is not able to decide, as of the Court's deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. The Government's investigation, however, will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relators' action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relators' Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: March 12, 2019

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ Matthew J. Feeley
Matthew J. Feeley
Assistant United States Attorney
Southern District of Florida
Fla. Bar. No. 0012908
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9235
Facsimile: (305) 530-7139
Email: matthew.feeley@usdoj.gov

s/ *MJG for Gordon Shemin*
MICHAEL D. GRANSTON
EDWARD C. CROOKE
GORDON E. SHEMIN
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-4880
E-mail: gordon.e.shemin@usdoj.gov
*Attorneys for United States of America*