UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20394-SCOLA

UNITED STATES OF AMERICA ex rel.
DEREK LEWIS and JOEY NEIMAN,
    Plaintiffs,

v.

COMMUNITY HEALTH SYSTEMS, INC.; et al.

    Defendants.
_____/

___ SEALED

___ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
___ years; ___ (specific date);
___ permanently; ___ (other).

**ORDER**

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, which the relators will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court will be sent to the United States; and that

7. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED,**

This _____ day of _____, 2019.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record