United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America *ex rel* Derek Lewis and Joey Neiman, Plaintiffs,<br><br>v.<br><br>Community Health Systems, Inc. and others, Defendants. | )<br>)<br>)<br>) Civil Action No. 18-20394-Civ-Scola<br>)<br>)<br>)<br>)<br>) |

## Order Unsealing

The Court has reviewed the Government's notice regarding its decision, under the False Claim Act, 31 U.S.C. § 3730(b)(4), not to intervene in this matter. Based on that notice, the Court rules as follows:

1. The Court directs the Clerk of Court to **unseal** the complaint (**ECF No. 1**) and the Government's notice, including the attached proposed order, that it is not intervening at this time (**ECF No. 20**);

2. All other contents of the file in this action, to date, are to remain under seal.

3. The Court orders the Relators to serve the complaint (ECF No. 1), followed by the Government's notice (ECF No. 20), on the Defendants;

4. Unless the Court orders otherwise, all other matters, filed from this date forward, must be publicly available;

5. The parties in this case must serve all filings in this action on the Government, as provided for in 31 U.S.C. § 3730(c)(3). The Government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. Any notice of appeal must be served on the Government;

7. The Clerk is directed to continue to direct all notices of electronic filings to the Government;

8. Should any party proposed that this action be dismissed, settled, or otherwise discontinued, the parties must reference this order and request that the Court solicit the written consent of the Government before addressing any discontinuation of this case.

**Done and ordered** in chambers at Miami, Florida on March 13, 2019.

Robert N. Scola, Jr.
United States District Judge