AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN<br><br>*Plaintiff(s)*<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al.<br><br>*Defendant(s)* | Civil Action No. 18-20394 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHSPSC, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jun 11, 2019

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. <br><br> *Defendant(s)* | Civil Action No. 18-20394 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Community Health Systems, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 11, 2019

*s/ Doris Jones*
Deputy Clerk -k
U.S. District Courts

Angela E. Noble
Clerk of Court