# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA,
## MIAMI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* | ) | |
| **DEREK LEWIS and JOEY NEIMAN,** | ) | |
| | ) | |
| **Plaintiffs/Relators,** | ) | **Civil Action No. 18-20394-CIV-Scola** |
| | ) | |
| **vs.** | ) | **Judge Robert N. Scola** |
| | ) | |
| **COMMUNITY HEALTH SYSTEMS,** | ) | |
| **INC.** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## RELATORS' MOTION FOR 14-DAY EXTENSION OF TIME TO SERVE THE SUMMONS AND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 4(m), relators Derek Lewis and Joey Neiman ("Relators") hereby move this Court for an Order extending the time for service of the summons and complaint for an additional 14 days, to June 25, 2019. The Court partially lifted the seal on this matter on March 14, 2019 [Dkt. No. 21], making June 11, 2019 the date by which Relators were to have served the complaint. *See* Fed. R. Civ. P. 4(m).  Defendant Medhost, Inc. and Defendants Community Health Systems, Inc. and CHSPSC, LLC (collectively "CHS") have waived service of process.  *See* Dkt. Nos. 28-30.

In addition to CHS, the Relators named Defendant CHS affiliated hospitals in the complaint (*see* Dkt. No. 1 at Ex. A).  These 140 entities are or were at one time CHS-affiliated entities.  Rather than burden the Court with individual summons for the 140 hospitals, Relators and counsel for CHS-affiliated entities have been recently working to waive service of summons for all CHS defendants.  Counsel for the CHS-affiliated entities, Martin B. Goldberg of Lash & Goldberg LLP, has been working cooperatively with Relators' counsel to address the requested waivers and any issues related thereto.  CHS's counsel has informed Relators' counsel that, as of

June 11, he is able to accept and waive service of process for CHS and 64 additional CHS-affiliated entities named in the complaint.  *See* Declaration of David E. Morrison (*pro hac vice* motion anticipated), attached as Exhibit 1 at ¶ 3.  If, after this cooperative process concludes, there are any remaining entities that require formal service of process, then Relators' counsel will have a relatively small number of defendants to serve, reducing the burden on the Court to issue individual summons and on Relators to serve process.  Counsel for the CHS-affiliated entities has agreed not to oppose this motion for an extension of time to serve the summons and complaint under Rule 4(m) for an additional 14 days, to June 25, 2019.  *See* Exhibit 1 at ¶ 6.

## ARGUMENT

This Court has good cause and discretion to extend the time for service of process.  *See Henderson v. United States*, 517 U.S. 654, 663 (1996); *Lepone-Dempsey v. Carroll County Com'rs*, 476 F.3d 1277, 1281-82 (11th Cir. 2007).  As the Committee Notes to the 2015 Amendment to Rule 4 reflect, "[s]hortening the presumptive time for service will increase the frequency of occasions to extend the time. More time may be needed, for example, when a request to waive service fails …"  Fed. R. Civ. P. 4(m), advisory committee's note (2015 amendment).  Such is the case here.  Counsel for the Relators, Medhost, and the affiliated CHS entities have been working cooperatively to accomplish waiver of service.  To date, Medhost, CHS and 64 CHS-affiliated entities have waived service of process and have received a copy of the complaint (as well as the Court's Order Unsealing [Dkt. No. 21], and a copy of the Notice of the United States That It Is Not Intervening At This Time [Dkt. No. 20]).  The cooperative process outlined above between counsel should be sorted out shortly.  There may, however, be a limited number of Defendant CHS affiliated hospitals that will require separate waivers or formal service of summons.  Relators estimate that it would require no more than 14 days to obtain and file every defendant's waiver of service and, if necessary, to have served a limited

number of remaining defendants with a summons.  Under these circumstances, "Plaintiff has shown good cause to excuse the delay in formal service of process."  *Saathoff v. Duke University*, Case No. 10-60392-CIV, 2010 WL 2219720, *3 (S.D. Fla. June 2, 2010) (denying defendant's motion to dismiss due to insufficient service due to delay, finding that plaintiff had shown "good cause to excuse the delay in formal service of process" because the defendant was aware of the filing, had received the complaint, and had engaged in discussions about service of process with the plaintiff).  Further, under these circumstances where Relator's counsel is working cooperatively with defense counsel to sort through various complexities associated with service and waiver, Relators respectfully request that the Court exercise its discretion to extend the deadline to serve the complaint by 14 days.

<u>**CONCLUSION**</u>

For the foregoing reasons, the Court should grant the Relators' Motion For 14-Day Extension Of Time To Serve The Summons And Complaint.

<u>**LOCAL RULE 7.1(a)(3) CERTIFICATION**</u>

Counsel for Relators and counsel for the CHS affiliated entities have conferred about this motion and the relief set forth herein —on the phone on Friday, June 7th, Monday, June 10th, and Tuesday, June 11th, and through emails.  Counsel for the CHS affiliated entities has indicated that he is not opposed to the relief requested in this motion.

Dated:  June 11, 2019                 Respectfully submitted,

                                      PLAINTIFF/RELATORS DEREK LEWIS and JOEY NEIMAN

                                      /s/ *Jeffrey W. Dickstein*
                                      Jeffrey Wynn Dickstein
                                      Phillips and Cohen LLP
                                      200 South Biscayne Blvd.
                                      Suite 2790
                                      Miami, FL 33131
                                      305-372-5200

jdickstein@phillipsandcohen.com

David E. Morrison (*Pro Hac Vice application anticipated*)
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000
David.morrison@goldbergkohn.com