# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DEREK LEWIS and JOEY NEIMAN, | ) ) ) ) No. 18-20394 |
| vs. | ) ) |
| COMMUNITY HEALTH SYSTEMS, INC. et al. | ) ) ) |

**PROPOSED AGREED ORDER FOR 14-DAY EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

THIS CAUSE having come before the Court on Relators Motion for 14-Day Extension of Time to Serve Summons and Complaint pursuant to Federal Rule of Civil Procedure 4(m).  This Court having considered the motion and all other relevant factors, it is hereby ORDERED that:

The Motion is GRANTED.  Relators shall have until June 25, 2019, to obtain Waiver of Service of Summons from, or to serve the summons and complaint upon, any remaining Defendants for whom Waivers of Service have not been obtained as of June 11, 2019.

IT IS SO ORDERED.

Dated:  June _____, 2019.

_____
Robert N. Scola, Jr.
United States District Judge