**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) <br> DEREK LEWIS and JOEY NEIMAN, ) <br> ) <br> ) No. 18-20394 <br> vs.    ) <br> ) <br> COMMUNITY HEALTH SYSTEMS, ) <br> INC. et al.    ) | |

**CERTIFICATION OF DAVID E. MORRISON**

David E. Morrison Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois State Bar, and the Northern District of Illinois.

/s/ David E. Morrison
David E. Morrison