# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. David E. Morrison

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That David E. Morrison was duly admitted to practice in said Court on (12/16/1993) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/11/2019 )

Thomas G. Bruton, Clerk,

By: David A. Jozwiak
Deputy Clerk