### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ) | |
| DEREK LEWIS and JOEY NEIMAN, ) | |
| ) | |
| ) | No. 18-20394 |
| vs.  ) | |
| ) | |
| COMMUNITY HEALTH SYSTEMS, ) | |
| INC. et al. ) | |

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE,* CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for David E. Morrison, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. David E. Morrison may appear and participate in this action on behalf of Plaintiffs Derek Lewis and Joey Neiman. The Clerk shall provide electronic notification of all electronic filings to David E. Morrison, at david.morrison@goldbergkohn.com.

-2-

DONE AND ORDERED in Chambers at _____, Florida, this _____day of June 2019.

_____
Robert N. Scola, Jr.
United States District Judge

Copies furnished to:
All Counsel of Record