**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* )<br>DEREK LEWIS and JOEY NEIMAN, )<br> )<br> ) No. 18-20394<br>vs. )<br> )<br>COMMUNITY HEALTH SYSTEMS, )<br>INC. et al. ) | |

**CORRECTED MOTION TO APPEAR PRO HAC VICE,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David E. Morrison of the law firm of Goldberg Kohn Ltd., 55 East Monroe, Suite 3300, Chicago, IL 60603, (312) 201-4000, for purposes of appearance as co-counsel on behalf of Plaintiffs Derek Lewis and Joey Neiman in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David E. Morrison to receive electronic filings in this case, and in support thereof states as follows:

1.      David E. Morrison is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois Bar and Northern District of Illinois.

2.      Movant, Jeffrey Wynn Dickstein, Esquire, of the law firm of Phillips and Cohen LLP, 200 South Biscayne Boulevard, Suite 2790, Miami, FL 33131, (305) 372-5200, is a member in good standing of The Florida Bar and the United States District Court

for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, David E. Morrison has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      David E. Morrison, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David E. Morrison at email address: david.morrison@goldbergkohn.com.

WHEREFORE, Jeffrey Wynn Dickstein, moves this Court to enter an Order permitting David E. Morrison to appear before this Court on behalf of Plaintiffs Derek Lewis and Joey Neiman, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David E. Morrison.

Date:  June 12, 2019                          Respectfully submitted,

/s/ Jeffrey Wynn Dickstein
Jeffrey Wynn Dickstein
Fla Bar ID # 434892
jdickstein@phillipsandcohen.com
Phillips and Cohen LLP
200 South Biscayne Blvd.
Suite 2790

-3-

Miami, FL 33131
Tel: 305-372-5200
Fax: 305-374-3200
Attorneys for Plaintiffs Derek Lewis and
Joey Neiman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Corrected Motion to Appear *Pro Hac Vice,* Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served via this Court's CM/ECF system which will serve an electronic copy to all participants, on June 12, 2019, on all counsel or parties of record on the service list.

/s/ Jeffrey Wynn Dickstein
Jeffrey Wynn Dickstein

**CASE NO.: 18-203394**

## <u>SERVICE LIST</u>

Matthew James Feeley
Department of Justice, U.S. Attorneys Office
99 NE 4 St., Suite 300
Miami, FL  33142
Tel:  (305) 961-9003
MFeeley@usa.doj.gov

Attorney for United States of America