AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| *Defendant(s)* | ) ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Banner Health
d/b/a Banner Payson Medical Center
807 S Ponderosa Street
Payson, Arizona 85541

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

s/ Doris Jones

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440  (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:18-cv-20394-RNS

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Banner Health d/b/a Banner Payson Medical Center

was received by me on *(date)*   6/20/19   .

[ ] I personally served the summons on the individual at *(place)* : _____

_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* : _____

a person of suitable age and discretion who resides there,  on *(date)* _____ , and mailed a copy to the

individual's last known address: _____ ; or

[X] I served the summons on *(name of individual)* :   GAIL HYDE   , who is

designated by law to accept service of process on behalf of *(name of organization)*  Banner Health d/b/a Banner

Payson Medical Center   on *(date)*  6/21/19   ; or

[ ] I returned the summons unexecuted because: _____

_____

My fees are $ _____ for travel and $   $90.00   for services, for a total of $   $90.00   .

I declare under penalty of perjury that this information is true.

Date:   June 21, 2019 _____

_____
*Server's signature*

**Antoine P. Cobb, ID #  MC-8527** (Certified in Maricopa County)
*Printed name and title*

?

1900667

PO Box 16125, Phoenix AZ 85011-6125
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida



| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) ) | |
| v. | ) | Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**     6/20/19   Time: 1245k

MCN #111

_is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit_

To: _(Defendant's name and address)_  Bartow HMA LLC
d/b/a Bartow Regional Medical Center
2200 Osprey Boulevard
Bartow, Florida 33830

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

_s/ Doris Jones_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL. DEREK LEWIS AND JOEY NEIMAN**

vs.

Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; ET AL.**

For:
MICHAEL EVANS
GOLDBERG KOHN LTD.
55 EAST MONROE STREET
STE. 300
CHICAGO, IL 60603

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2019 at 9:44 am to be served on **BARTOW HMA, LLC D/B/A BARTOW REGIONAL MEDICAL CENTER, 2200 OSPREY BOULEVARD, BARTOW, FL 33830**.

I, MICHAEL C. NOLAN, being duly sworn, depose and say that on the **20th day of June, 2019** at **10:45 am, I:**

**LLC/LLP:**  served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT WITH EXHIBIT(S); CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE** of Registered Agent for BARTOW HMA, LLC D/B/A BARTOW REGIONAL MEDICAL CENTER at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

Subscribed and Sworn to before me on the 20th day of June, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2019007360

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| *Defendant(s)* | ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blackwell HMA LLC
d/b/a Alliancehealth Blackwell
710 S 13th Street
Blackwell, Oklahoma 74631

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* <u>Blackwell HMA LLC, d/b/a Alliance health</u>

was received by me on *(date)* <u>6-21-19</u> .  <u>Blackwell, c/o Corporation Service Company</u>

<u>Reg. Agent</u>

☑ I personally served the summons on the individual at *(place)* <u>c/o Corporation Service Company</u>

<u>10300 Greenbriar Place OKC OK 73159</u>        on *(date)* <u>6-21-19</u>    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____        on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00      .

I declare under penalty of perjury that this information is true.

Date:  <u>6-21-19</u>

_____
Server's signature

<u>Charleston Northcross- Process Server</u>
Printed name and title


<u>3111 W Wilshire Blvd OKC OK 73116</u>
Server's address

Additional information regarding attempted service, etc:

Scanned with CamScanner

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN <br><br> *Plaintiff(s)* <br> v. <br> COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 18-20394 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carlisle HMA, LLC
d/b/a Carlisle Regional Medical Center
361 Alexander Spring Road
Carlisle, Pennsylvania 17015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:        06/18/2019

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Carlisle HMA LLC

was received by me on *(date)*   06/19/2019   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Dave Bulakowski                              , who is

designated by law to accept service of process on behalf of *(name of organization)*   Corporation Service Company

Registered Agent _____   on *(date)*   06/20/2019   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/21/2019

_____
Server's signature

Marc Jones
Printed name and title

Harris Investigations, LLC
PO box 304
Lansdale, PA 19446

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chesterfield Marlboro LP
d/b/a Chesterfield General Hospital
711 Chesterfield Highway
Cheraw, South Carolina 29520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:     Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Chesterfield Marlboro LP

was received by me on *(date)*        06/19/2019          .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynanne Gares- Authorized to accept           , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808  @11:25 a.m on *(date)*        06/20/2019        ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      06/20/2019

_____
*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  18-20394 |
| v. | ) ) | |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Deaconess Health System LLC
d/b/a Alliancehealth Deaconess
5501 N Portland Avenue
Oklahoma City, Oklahoma 73112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:   Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Deaconess Health System LLC

was received by me on *(date)*        06/19/2019        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynanne Gares- Authorized to accept        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808     @11:25 a.m on *(date)*      06/20/2019      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____06/20/2019_____

_____
*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) | |
| | ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. 18-20394 |
| v. | ) | |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Gaffney HMA LLC
1530 N Limestone Street
Gaffney, South Carolina 29340

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _Jun 18, 2019_

s/ Doris Jones

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
#### District of Florida

Case Number: 18-20394

Plaintiffs:
**United States of America ex rel. Derek Lewis and Joey Neiman**
vs.
Defendants:
**Community Health Systems, Inc.; CHSPSC, LLC, et al.**

For: Goldberg Kohn LTD

Received by FALCON EXPRESS SERVICES, LLC to be served on **Gaffney HMA LLC c/o Corporation Service Company, Registered Agent, 1703 Laurel Street, Columbia, SC 29201.** I, _Ronald J Dwyer_ , being duly sworn, depose and say that on the _20_ day of _June_ , 201 _9_ at _12:06_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT, EXHIBIT A, AND CIVIL COVER SHEET** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _Beth Ramsey_ as _Billing Administrator_

( ) GOVERNMENT AGENCY: By serving _____ as _____
of the within named agency.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

Age _32_ Sex M (F) Race _WHT_ Height _5'6"_ Weight _160_ Hair _BLK_ Glasses (Y)N

Is the place of service the dwelling house or usual place of abode for the party being served? ( ) Yes (X) No

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _20th_ day
of _June_ _2019_ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC
My Commission Expires: _March 6, 2029_

_____
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**FALCON EXPRESS SERVICES, LLC**
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: 2019003138

JASON KENNERLY
Notary Public   State of South Carolina
My Commission Expires March 6, 2029

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hartsville, LLC d/b/a Carolina Pines Regional Medical Center
1304 W Bobo Newsom Highway
Hartsville, South Carolina 29550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jun 18, 2019    _____

*s/ Doris Jones*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 18-20394

Plaintiffs:
**United States of America ex rel. Derek Lewis and Joey Neiman**
vs.
Defendants:
**Community Health Systems, Inc.; CHSPSC, LLC, et al.**

For: Goldberg Kohn LTD

Received by FALCON EXPRESS SERVICES, LLC to be served on **Hartsville, LLC d/b/a Carolina Pines Regional Medical Center c/o CT Corporation System, Registered Agent, 2 Office Park Court, Suite 103, Columbia, SC 29223.** I, _RONALD J OWYON_ , being duly sworn, depose and say that on the _20_ day of _June_ , 20_19_ at _11:35_ m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT, EXHIBIT A, AND CIVIL COVER SHEET** in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By serving _PAM JOHNSON_ as _ASSISTANT SECRETARY_ .

( ) GOVERNMENT AGENCY: By serving _____ as _____
of the within named agency.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

Age _58_ Sex M (F) Race _WHT_ Height _5'6"_ Weight _200_ Hair _BLK_ Glasses (Y) N

Is the place of service the dwelling house or usual place of abode for the party being served? ( ) Yes (X) No

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_[signature]_

Subscribed and Sworn to before me on the _20th_ day
of _June_ , _2019_ by the affiant who is
personally known to me.

_[signature]_
NOTARY PUBLIC
My Commission Expires: _March 6, 2029_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**FALCON EXPRESS SERVICES, LLC**
P.O. Box 874
Charleston, SC 29402-0874
**(843) 577-9696**

Our Job Serial Number: 2019003139

**JASON KENNERLY**
Notary Public   State of South Carolina
My Commission Expires March 6, 2029

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) |
| | ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 18-20394

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jourdanton Hospital Corporation d/b/a South Texas Regional Medical Center
1905 Highway 97 E
Jourdanton, Texas 78026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___ Jun 18, 2019 ___

_s/ Doris Jones_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JOURDANTON HOSPITAL CORPORATION D/B/A SOUTH
TX REGIONAL MEDICAL CENTER  was received by me on *(date)* Jun 20, 2019, 3:09 pm.

☐  I personally served the summons on the individual at *(place)* _____ on *(date)* _____
       _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
       person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy
       to the individual's last known address; or

☒  I served the summons on *(name of individual)* VANESSA HERNANDEZ , who is designated by law to accept
       service of process on behalf of *(name of organization)* CORPORATION SERVICE COMPANY, THE
       REGISTERED AGENT FOR JOURDANTON HOSPITAL CORPORATION D/B/A SOUTH TX REGIONAL
       MEDICAL CENTER on *(date)* Fri, Jun 21 2019 ; or

☐  I returned the summons unexecuted because: _____ ; or

☐  Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 06/24/2019

                                                  *Server's signature*

                                        Barbara C. Stinnett - Process Server - PSC-1181 - Exp.
                                        7/31/2020
                                                  *Printed name and title*

                                        P.O. Box 684637, Austin TX 78768
                                                  *Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 21, 2019, 12:46 pm at 211 E 7TH STREET, SUITE 620, AUSTIN, TX 78701 received by
JOURDANTON HOSPITAL CORPORATION D/B/A SOUTH TX REGIONAL MEDICAL CENTER, BY DELIVERING
TO ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY, WHERE THE DOCUMENT WAS ACCEPTED
BY VANESSA HERNANDEZ, DESIGNATED AGENT FOR SERVICE OF PROCESS.

DELIVERED TO THE ABOVE NAMED WAS A SUMMONS IN A CIVIL ACTION, COMPLAINT FOR VIOLATION
OF THE FALSE CLAIMS ACT WITH EXHIBIT A AND CIVIL COVER SHEET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kennett HMA LLC
1301 1Street Street
Kennett, Missouri 63857

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019 _____

s/ *Doris Jones*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-20394

Plaintiff/Petitioner:
**UNITED STATES OF AMERICA ex rel., DEREK LEWIS AND JOEY NEIMAN**
vs.
Defendant/Respondent:
**COMMUNITY HEALTH SYSTEMS, INC., et al**

Received by HPS Process Service & Investigations to be served on **Kennett HMA, LLC, c/o Agent-CSC Lawyers Incorporating Service Company, 221 Bolivar Street, Jefferson City, MO 65101.** I, _Davio M. Roberts_, do hereby affirm that on the _20_ day of _Jun_, 20_19_ at _2:31_ p.m., executed service by delivering a true copy of the Summons in a Civil Action; Complaint for Violation; in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving _Lauren Shipley_
as _designee_ _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _PPS19-0336_
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: 2019012262

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0h

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lancaster HMA LLC d/b/a Heart Of Lancaster Regional Medical Center
1500 Highlands Drive
Lititz, Pennsylvania 17543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

Angela E. Noble
Clerk of Court

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lancaster  HMA LLC dba Heart of Lancaster Regional Medical
was received by me on *(date)*   06/19/2019   .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Dave Bulakowski                       , who is

designated by law to accept service of process on behalf of *(name of organization)*   Corporation Service Company

Registered Agent _____ on *(date)*   06/20/2019   ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/21/2019

_____
*Server's signature*

Marc Jones
_____
*Printed name and title*

Harris Investigations, LLC
PO box 304
Lansdale, PA 19446
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida



| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

Date: _____ Time: _____
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lehigh HMA LLC
d/b/a Lehigh Regional Medical Center
1500 Lee Boulevard,
Lehigh Acres, Florida 33936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jun 18, 2019
_____

**SUMMONS**

*s/ Doris Jones*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL. DEREK LEWIS AND JOEY NEIMAN**

vs.

Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; ET AL.**

For:
MICHAEL EVANS
GOLDBERG KOHN LTD.
55 EAST MONROE STREET
STE. 300
CHICAGO, IL 60603

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2019 at 9:44 am to be served on **LEHIGH HMA, LLC D/B/A LEHIGH REGIONAL MEDICAL CENTER, 1500 LEE BOULEVARD, LEHIGH ACRES, FL 33936**.

I, MICHAEL C. NOLAN, being duly sworn, depose and say that on the **20th day of June, 2019 at 10:45 am, I:**

**CORPORATE:**  served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT WITH EXHIBIT(S); CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE**  for the Registered Agent of LEHIGH HMA, LLC D/B/A LEHIGH REGIONAL MEDICAL CENTER  at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

Subscribed and Sworn to before me on the 20th day of June, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

DEBORAH BROWN
MY COMMISSION EXPIRES
AUGUST 17, 2021
#GG 135832
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

_____
**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2019007361

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mary Black Health System LLC
d/b/a Mary Black Health System Spartanburg
1700 Skylyn Drive
Spartanburg, South Carolina 29307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mary Black Health System LLC

was received by me on *(date)*            06/19/2019            .

      ☐ I personally served the summons on the individual at *(place)*

                                      on *(date)*                                      ; or

      ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                   , a person of suitable age and discretion who resides there,

      on *(date)*                                 , and mailed a copy to the individual's last known address; or

      ☑ I served the summons on *(name of individual)*   Lynanne Gares- Authorized to accept            , who is

designated by law to accept service of process on behalf of *(name of organization)*   Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808      @11:25 a.m  on *(date)*            06/20/2019            ; or

      ☐ I returned the summons unexecuted because                                                                          ; or

      ☐ Other *(specify):*

My fees are $                         for travel and $                        for services, for a total of $            0.00            .

I declare under penalty of perjury that this information is true.

Date:            06/20/2019

                                                 *Server's signature*

                            John Garber - Process Server
                                  *Printed name and title*

                            230 North Market Street
                            Wilmington, DE 19801

                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) | |
| _____ | ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mayes County HMA, LLC
d/b/a Alliancehealth Pryor
111 N Bailey Street
Pryor, Oklahoma 74361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019                    s/ Doris Jones
_____      _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## PROOF OF SERVICE
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))***

This summons for *(name of individual and title, if any)* Mayes County HMA, LLC d/b/a Allicance
was received by me on *(date)* 6-21-19    . Health Pryor, C/o Corporation Service Company

☒ I personally served the summons on the individual at *(place)* Reg Agent
C/o Corporation Service Company
10300 Greenbriar Place OKC OK 73159    on *(date)* 6-21-19    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00    .

I declare under penalty of perjury that this information is true.

Date: 6-21-19

_____
Server's signature

Charleston Northcross - Process Server
Printed name and title

3111 W Wilshire Blvd, OKC OK 73116
Server's address

Additional information regarding attempted service, etc:

Scanned with CamScanner

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

RUSH

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) ) |
| _Defendant(s)_ | ) ) |

Civil Action No.  18-20394

Date: 6/20/19   Time: 1e:45

MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Melbourne HMA, LLC
d/b/a Wuesthoff Medical Center - Melbourne
250 N Wickham Road
Melbourne, Florida 32935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 18, 2019

**SUMMONS**

_s/ Doris Jones_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL. DEREK LEWIS AND JOEY NEIMAN**

vs.

Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; ET AL.**

For:
MICHAEL EVANS
GOLDBERG KOHN LTD.
55 EAST MONROE STREET
STE. 300
CHICAGO, IL 60603

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2019 at 9:44 am to be served on
**MELBOURNE HMA, LLC D/B/A WUESTHOFF MEDICAL CENTER - MELBOURNE, 250 N. WICKHAM ROAD,
MELBOURNE, FL 32935**.

I, MICHAEL C. NOLAN, being duly sworn, depose and say that on the **20th day of June, 2019** at **10:45 am, I:**

**CORPORATE:**  served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR
VIOLATION OF THE FALSE CLAIMS ACT WITH EXHIBIT(S); CIVIL COVER SHEET** with the date and hour of
service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE**  for the Registered
Agent of MELBOURNE HMA, LLC D/B/A WUESTHOFF MEDICAL CENTER - MELBOURNE  at the address of: **1201
HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with
state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the
facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525
(2).

Subscribed and Sworn to before me on the 20th day of
June, 2019 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

DEBORAH BROWN
MY COMMISSION EXPIRES
AUGUST 17, 2021
#GG 135832
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

_____
**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2019007362

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MMC of Nevada LLC
d/b/a Mesa View Regional Hospital
1299 Bertha Howe Avenue
Mesquite, Nevada 89027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jun 18, 2019

s/ Doris Jones

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MMC of Nevada LLC

was received by me on *(date)*      06/19/2019      .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Amy McLaren - Authorized to Accept      , who is

designated by law to accept service of process on behalf of *(name of organization)*  The Corporation Trust Company

1209 Orange Street, Wilmington, DE 19801  @11:45 a.m.   on *(date)*      06/20/2019      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      06/20/2019

_____
*Server's signature*

Michael Powers - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN <br><br> _Plaintiff(s)_ <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. <br><br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  18-20394 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Natchez Community Hospital LLC
d/b/a Natchez Community Hospital
129 Jefferson Davis Boulevard
Natchez, Mississippi 39120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___Jun 18, 2019___

_s/ Doris Jones_
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Natchez Community Hospital LLC

was received by me on *(date)*      06/19/2019      .

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____  , a person of suitable age and discretion who resides there,

on *(date)* _____  , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Amy McLaren - Authorized to Accept      , who is

designated by law to accept service of process on behalf of *(name of organization)*  The Corporation Trust Company

1209 Orange Street, Wilmington, DE 19801  @11:45 a.m.   on *(date)*      06/20/2019      ; or

☐ I returned the summons unexecuted because _____  ; or

☐ Other *(specify):*



My fees are $ _____  for travel and $ _____  for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____06/20/2019_____

_____
*Server's signature*

Michael Powers - Process Server
_____
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No.  18-20394 |
| v. | ) | |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  National Healthcare of Leesville, Inc.
d/b/a Byrd Regional Hospital
1020 W Fertitta Boulevard
Leesville, Louisiana 71446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  ___Jun 18, 2019___

_s/ Doris Jones_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  National Healthcare of Leesville, Inc.

was received by me on *(date)*  06/19/2019  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynanne Gares- Authorized to accept  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808   @11:25 a.m on *(date)*  06/20/2019  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  06/20/2019

_____
*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) | Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Osceolasc LLC
2906 17th Street
Saint Cloud, Florida 34769

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Osceolasc LLC

was received by me on *(date)*        06/19/2019        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynanne Gares- Authorized to accept        , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808    @11:25 a.m on *(date)*      06/20/2019      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      06/20/2019

_____
*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida



| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

Date: __6/20/19__ Time: __6:45a__

MCN #111 is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pasco Regional Medical Center, LLC
13100 Fort King Road
Dade City, Florida 33525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  __Jun 18, 2019__

Angela E. Noble
Clerk of Court

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL. DEREK LEWIS AND JOEY NEIMAN**

vs.

Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; ET AL.**

For:
MICHAEL EVANS
GOLDBERG KOHN LTD.
55 EAST MONROE STREET
STE. 300
CHICAGO, IL 60603

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2019 at 9:44 am to be served on **PASCO REGIONAL MEDICAL CENTER, LLC, 13100 FORT KING ROAD, DADE CITY, FL 33525.**

I, MICHAEL C. NOLAN, being duly sworn, depose and say that on the **20th day of June, 2019 at 10:45 am, I:**

**LLC/LLP:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT WITH EXHIBIT(S); CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE** of Registered Agent for PASCO REGIONAL MEDICAL CENTER, LLC at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

Subscribed and Sworn to before me on the 20th day of June, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

DEBORAH BROWN
MY COMMISSION EXPIRES
AUGUST 17, 2021
#GG 135832
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2019007363

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN<br><br>_____<br>*Plaintiff(s)*<br>v.<br>COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  18-20394<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Prime Healthcare Services Mesquite LLC
1011 N Galloway Avenue
Mesquite, Texas 75149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  Jun 18, 2019

s/ *Doris Jones*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-20394-RNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Prime Healthcare Services Mesquite LLC

was received by me on *(date)*   06/19/2019   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Jolita Quindara @ 1:55 p.m.   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Cogency Global Inc., 850 New

Burton Road, Suite 201, Dover, DE 19904   on *(date)*   06/19/2019   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/19/2019

_____
*Server's signature*

Tina Irizarry-Process Server
_____
*Printed name and title*

Parcels Inc.
1111B S. Governors Ave.
Dover, DE 19904
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) | RUSH |
| *Plaintiff(s)* | ) ) | Civil Action No.  18-20394 |
| v. | ) | |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| *Defendant(s)* | ) ) | |

Date: _____  Time: _____

MCN #111

is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rockledge HMA, LLC
d/b/a Wuesthoff Medical Center - Rockledge
110 Longwood Avenue
Rockledge, Florida  32955

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

## SUMMONS

Date:   Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL. DEREK LEWIS AND JOEY NEIMAN**

vs.

Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; ET AL.**

For:
MICHAEL EVANS
GOLDBERG KOHN LTD.
55 EAST MONROE STREET
STE. 300
CHICAGO, IL 60603

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2019 at 9:44 am to be served on
**ROCKLEDGE HMA, LLC D/B/A WUESTHOFF MEDICAL CENTER - ROCKLEDGE, 110 LONGWOOD AVENUE,
ROCKLEDGE, FL 32955.**

I, MICHAEL C. NOLAN, being duly sworn, depose and say that on the **20th day of June, 2019** at **10:45 am, I:**

**LLC/LLP:**  served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATION
OF THE FALSE CLAIMS ACT WITH EXHIBIT(S); CIVIL COVER SHEET** with the date and hour of service endorsed
thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE** of Registered Agent for ROCKLEDGE
HMA, LLC D/B/A WUESTHOFF MEDICAL CENTER - ROCKLEDGE at the address of: 1201 HAYS STREET,
TALLAHASSEE, FL 32301, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the
facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525
(2).

Subscribed and Sworn to before me on the 20th day of
June, 2019 by the affiant who is personally known to
me.

NOTARY PUBLIC

**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2019007364

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN <br><br> _Plaintiff(s)_ <br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  18-20394 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Rose City HMA LLC
d/b/a Lancaster Regional Medical Center
250 College Avenue
Lancaster, Pennsylvania  17603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jun 18, 2019

Angela E. Noble
Clerk of Court

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Rose City HMA LLC

was received by me on *(date)*        06/19/2019        .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

✔ I served the summons on *(name of individual)*  Dave Bulakowski                         , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company

Registered Agent                                on *(date)*        06/20/2019        ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      06/21/2019

                                                        *Server's signature*

                                                        Marc Jones
                                                    *Printed name and title*

                                                Harris Investigations, LLC
                                                        PO box 304
                                                    Lansdale, PA 19446
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) Civil Action No. 18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Salem Hospital Corporation
d/b/a The Memorial Hospital Of Salem County
310 Woodstown Road
Salem, New Jersey 08079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 18, 2019

s/ Doris Jones

Angela E. Noble
Clerk of Court

Deputy Clerk
U.S. District Courts

# Affidavit of Process Server

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
(NAME OF COURT)

United States of America vs Community Health Systems Inc     1:18-cv-20394-RNS

PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE NUMBER

I Glenn Burroughs _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Salem Hospital Corporation c/o Corporation Service Company
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint _____

by leaving with Johnny Myers      Customer Service Specialist   At
     NAME      RELATIONSHIP

☐ Residence_____
     ADDRESS      CITY / STATE

☑ Business 100 Charles Ewing Blvd      Ewing, NJ
     ADDRESS      CITY / STATE

On 6/21/19 _____ AT 12:15pm _____
     DATE      TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
         DATE

from_____
     CITY      STATE      ZIP

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
         DATE      TIME      DATE      TIME

(3)_____ (4)_____ (5)_____
   DATE      TIME      DATE      TIME      DATE      TIME

**Description:.** Age 35   Sex male Race black Height 5'10   Weight 180   Hair black Beard _____ Glasses_____

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 23rd day of May , 20 19 by Glenn Burroughs ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



DEBBIE BURROUGHS
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50057857
My Commission Expires 3/30/2022

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of_____ N J

FORM 2      NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

RUSH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK<br>LEWIS and JOEY NEIMAN | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  18-20394 |
| v. | ) | |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC,<br>LLC; et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

Date: 6/20/19   Time: 6:45K

MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Sebastian Hospital LLC
d/b/a Sebastian River Medical Center
13695 US Highway 1
Sebastian, Florida 32958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jun 18, 2019

s/ *Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL. DEREK LEWIS AND JOEY NEIMAN**

vs.

Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; ET AL.**

For:
MICHAEL EVANS
GOLDBERG KOHN LTD.
55 EAST MONROE STREET
STE. 300
CHICAGO, IL 60603

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2019 at 9:44 am to be served on **SEBASTIAN HOSPITAL, LLC D/B/A SEBASTIAN RIVER MEDICAL CENTER, 13695 US HIGHWAY 1, SEBASTIAN, FL 32958.**

I, MICHAEL C. NOLAN, being duly sworn, depose and say that on the **20th day of June, 2019** at **10:45 am, I:**

**LLC/LLP:**  served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT WITH EXHIBIT(S); CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE** of Registered Agent for SEBASTIAN HOSPITAL, LLC D/B/A SEBASTIAN RIVER MEDICAL CENTER at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

Subscribed and Sworn to before me on the 20th day of June, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
**(850) 562-6058**

Our Job Serial Number: MCN-2019007365

DEBORAH BROWN
MY COMMISSION EXPIRES
AUGUST 17, 2021
#GG 135832
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida



|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**  ~~*Cel 20/19*~~ Time: ~~*Le45u*~~

MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

To: *(Defendant's name and address)*  Sebring Hospital Management Associates LLC
d/b/a Highlands Regional Medical Center
3600 S Highlands Avenue
Sebring, Florida  33870

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## **AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL. DEREK LEWIS AND JOEY NEIMAN**

vs.

Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; ET AL.**

For:
MICHAEL EVANS
GOLDBERG KOHN LTD.
55 EAST MONROE STREET
STE. 300
CHICAGO, IL 60603

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2019 at 9:44 am to be served on
**SEBRING HOSPITAL MANAGEMENT ASSOCIATES, LLC D/B/A HIGHLANDS REGIONAL MEDICAL CENTER,
3600 S. HIGHLANDS AVENUE, SEBRING, FL 33870.**

I, MICHAEL C. NOLAN, being duly sworn, depose and say that on the **20th day of June, 2019** at **10:45 am, I:**

**CORPORATE:**  served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR
VIOLATION OF THE FALSE CLAIMS ACT WITH EXHIBIT(S); CIVIL COVER SHEET** with the date and hour of
service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE**  for the Registered
Agent of SEBRING HOSPITAL MANAGEMENT ASSOCIATES, LLC D/B/A HIGHLANDS REGIONAL MEDICAL
CENTER  at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the
contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the
facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525
(2).

Subscribed and Sworn to before me on the 20th day of
June, 2019 by the affiant who is personally known to
me.

**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2019007366

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ West Grove Hospital Company LLC
d/b/a Jennersville Regional Hospital
1015 W Baltimore Pike
West Grove, Pennsylvania 19390

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

_s/ Doris Jones_
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  West Grove Hospital Company LLC
was received by me on *(date)*            06/19/2019            .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynanne Gares- Authorized to accept            , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808    @11:25 a.m on *(date)*    06/20/2019    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     06/20/2019

_____
*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   18-20394<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Women & Childrens Hospital LLC
d/b/a Lake Area Medical Center
4200 Nelson Road
Lake Charles, Louisiana 70605

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: __Jun 18, 2019__

*s/ Doris Jones*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-20394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Women & Childrens Hospital LLC

was received by me on *(date)*          06/21/2019          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Lynanne Gares- Authorized to accept          , who is

designated by law to accept service of process on behalf of *(name of organization)*  Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808      @11:55 a.m on *(date)*          06/21/2019          ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $          0.00          .

I declare under penalty of perjury that this information is true.

Date:          06/21/2019

_____
*Server's signature*

Robert Lougheed - Process Server
_____
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc: