UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-20394

UNITED STATES OF AMERICA *ex rel.*
DEREK LEWIS and JOEY NEIMAN
                            Plaintiff,

v.

COMMUNITY HEALTH SYSTEMS, INC. et al.
                            Defendant.

## CERTIFICATION OF COLETTE G. MATZZIE

Colette G. Matzzie, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the District of Columbia Bar, and the United States District Court for the District of Columbia; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                              /s/ Colette G. Matzzie
                                              Colette G. Mattzie