UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-20394

UNITED STATES OF AMERICA *ex rel.*
DEREK LEWIS and JOEY NEIMAN
                          Plaintiff,

v.

COMMUNITY HEALTH SYSTEMS, INC. et al.
                          Defendant.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Colette G. Matzzie, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Colette G. Matzzie may appear and participate in this action on behalf of Plaintiffs Derek Lewis and Joey Neiman. The Clerk shall provide electronic notification of all electronic filings to Colette G. Matzzie, at cmatzzie@phillipsandcohen.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

                                                _____
                                                Robert N. Scola, Jr.
                                                United States District Judge

Copies furnished to: All Counsel of Record

597661.1