UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN, <br><br>    Plaintiffs, <br><br>    v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., et al., <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) /     No. 18-CV-20394-RNS |

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brandon L. Arnold ("Arnold") of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, 2000 K Street NW, 4th Floor, Washington DC 20006, (202) 775-4500, for purposes of appearance as co-counsel on behalf of Defendants listed in Exhibit 1 (collectively, the "CHS Hospitals") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Arnold to receive electronic filings in this case. This motion is unopposed. In support of this motion, the undersigned states:

1. Arnold is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the State of New York and the District of Columbia.

2. Martin B. Goldberg ("Goldberg"), Esquire, of the law firm of Lash & Goldberg LLP, Miami Tower, 100 Southeast 2nd Street, Suite 1200, (305) 347-4040, is a member in good

standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Goldberg consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Arnold has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached as Exhibit 2.

4. Arnold, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Arnold at barnold@robbinsrussell.com.

WHEREFORE, Goldberg moves this Court to enter an Order permitting Arnold to appear before this Court on behalf of Defendants CHS Hospitals for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Arnold. For the Court's convenience, a proposed order is attached as Exhibit 3.

Lash&Goldberg LLP
LASHGOLDBERG.COM
MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

**Certification of Compliance with Local Rule 7.1(a)(3)**

Pursuant to Rule 7.1(a)(3) of the Local Rules of the United States District Court for the Southern District of Florida, the undersigned counsel for Defendants CHS Hospitals has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the relief requested in this motion.

Dated: July 10, 2019

        Respectfully submitted,

        */s/ Martin B. Goldberg*
        Martin B. Goldberg
        Florida Bar No. 0827029
        Email: mgoldberg@lashgoldberg.com
        LASH & GOLDBERG LLP
        Miami Tower
        100 Southeast 2nd Street, Suite 1200
        Miami, FL 33131-2158
        Telephone: (305) 347-4040
        Facsimile: (305) 347-4050

        *Counsel for the CHS Hospitals*



LASHGOLDBERG.COM
MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.

Dated: July 10, 2019

          */s/ Martin B. Goldberg*
          Martin B. Goldberg
          Florida Bar No. 0827029
          Email: mgoldberg@lashgoldberg.com
          LASH & GOLDBERG LLP
          Miami Tower
          100 Southeast 2nd Street, Suite 1200
          Miami, FL 33131-2158
          Telephone: (305) 347-4040
          Facsimile: (305) 347-4050

          *Counsel for the CHS Hospitals*



MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel