UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN, <br><br>  Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., et al., <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) /   No. 18-CV-20394-RNS |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Daryl L. Saylor, of the law firm of Lash & Goldberg LLP, hereby gives notice of appearance in this case on behalf of the Defendants listed in Exhibit 1 (collectively, the "CHS Hospitals"), and requests service of all notices, pleadings, and other papers filed and/or served in this case as required by the Federal Rules of Civil Procedure or by Order of the Court.

Dated: July 10, 2019

Respectfully submitted,

/s/ Daryl L. Saylor
Daryl L. Saylor
Florida Bar No. 100376
Email: dsaylor@lashgoldberg.com
LASH & GOLDBERG LLP
Miami Tower
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone: (305) 347-4040
Facsimile: (305) 347-4050

*Counsel for the CHS Hospitals*



MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel
LASHGOLDBERG.COM