**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION**

Case NO. 18-20394-CIV-Scola/Torres

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DEREK LEWIS and JOEY NEIMAN, | ) ) ) |
| Plaintiffs/Relators, | ) ) |
| vs. | ) ) |
| COMMUNITY HEALTH SYSTEMS, INC. *et al.* | ) ) ) |
| Defendants. | ) |

**JOINT MOTION FOR BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure Rule 6(b), relators Derek Lewis and Joey Neiman ("Plaintiffs") and Defendants Medhost, Inc., Community Health Systems, Inc., CHSPSC, LLC, and various named hospitals[1] ("Defendants") hereby jointly move this Court for an Order setting the following schedule for Plaintiff's to file an Amended Complaint and for Defendants to file a motion to dismiss, allowing each party 10 additional pages for their respective opening and response memorandum, and staying discovery pending the outcome of the motion to dismiss. In support of this Joint Motion, the parties state as follows:

    1.    Plaintiffs filed their 6-count, 211-paragraph False Claims Act Complaint in this matter on January 1, 2018. [DKT #1].

    2.    On March 14, 2019, the Court unsealed Plaintiffs' Complaint. [DKT #21].

---

[1] The named hospitals joining this motion are listed in Attachment 1 and referred to herein as "CHS Hospitals."

3. On June 11, 2019 and June 20, 2019 [DKT #s 27, 28, 29, 32, 107] Defendants waived service, entitling Defendants to 60 days to respond under Fed. R. Civ. P. 12(a)(1)(A)(ii).

4. As of the date of this Motion, no Defendant has filed a responsive pleading to Plaintiffs' Complaint.

5. Plaintiffs intend to file an Amended Complaint pursuant to Federal Rule of Civil Procedure Rule 15(a)(1)(B).

6. Plaintiffs' counsel communicated Plaintiffs' intention to file an Amended Complaint to Defendants' counsel who indicated that it was their intention to file a motion to dismiss in response to the prospective Amended Complaint.

7. Plaintiffs have agreed to give Defendants the full 60 days, allowed under Fed. R. Civ. P. 12(a)(1)(A)(ii), to respond after the Plaintiffs file their Amended Complaint.

8. Given the number of claims expected to be asserted in the Amended Complaint, the complexity of the allegations and related statutes and regulatory framework concerning the Health Information Technology for Economic and Clinical Health Act (HITECH Act) and its Medicare and Medicaid EHR Incentive Programs (also known as the "Meaningful Use program"), and the large number of defendants named in this matter, each of which will have to analyze and coordinate their respective arguments, the Plaintiffs and Defendants suggest that the following schedule will allow them sufficient time to properly address the issues raised in the Amended Complaint and any subsequent motion(s) to dismiss:

(a) Plaintiffs shall file their First Amended Complaint on or before July 26, 2019;

(b) Defendants shall file their motion(s) to dismiss the First Amended Complaint on or before September 24, 2019;

(c) Plaintiffs shall file their response(s) in opposition to Defendants' motion(s) to dismiss on or before October 24, 2019; and

(d) Defendants shall file their reply(ies) in support of their motion to dismiss on or before November 7, 2019.

9. Additionally, given the complexity of the expected motions and in order to effectively present their arguments to the Court, the Plaintiffs and Defendants suggest that they will need 10 pages in addition to the 20 provided for in Local Rule 7.1(c)(2), for their respective opening and response memoranda.

10. Lastly, given that the anticipated motion to dismiss will address each claim asserted and have the potential to resolve this case in its entirety, the parties suggest that it will best conserve the Courts' and the parties' resources if discovery was stayed in this matter until the Court resolves the aforementioned motion(s) to dismiss.

## **CONCLUSION**

For the foregoing reasons, the parties collectively request that this Court grant this Joint Motion and enter an order pursuant to which (1) Plaintiffs will file their First Amended Complaint on or before July 26, 2019; (2) Defendants will file their motions to dismiss the First Amended Complaint on or before September 24, 2019; (3) Plaintiffs will file their response memoranda in opposition to the motions to dismiss on or before October 24, 2019; (4) Defendants will file their reply memoranda in support of their motion to dismiss on or before November 7, 2019; (5) the Plaintiffs and Defendants will be allowed a 30-page limit for each of their respective

opening and response memoranda; and (6) discovery in this matter will be stayed until the Court rules on the Defendants' motions to dismiss.

Dated:  July 11, 2019

Respectfully submitted,

/s/ *Jeffrey W. Dickstein*
Jeffrey Wynn Dickstein
jdickstein@phillipsandcohen.com
Phillips and Cohen LLP
200 South Biscayne Blvd.
Suite 2790
Miami, FL 33131
Tel: 305-372-5200
Fax: 305-374-3200

Colette G. Matzzie (*Admitted Pro Hac Vice*)
cmatzzie@phillipsandcohen.com
Phillips and Cohen LLP
2000 Massachusetts Ave., NW
Washington, D.C. 20036
Tel: 202-833-4567

Edward H. Arens (*Admitted Pro Hac Vice*)
earens@phillipsandcohen.com
Phillips and Cohen, LLP
100 The Embarcadero
San Francisco, CA 94105
Tel: 415-836-9000

David E. Morrison (*Admitted Pro Hac Vice*)
David.morrison@goldbergkohn.com
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: 312-201-4000

**Attorneys PLAINTIFFS/RELATORS
DEREK LEWIS and JOEY NEIMAN**

/s/ *Erika S. Whyte*
Erika S. Whyte
ewhyte@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel: 305-714-9700
Fax: 305-714-9799

Stephen G. Sozio (*Admitted Pro Hac Vice*)
sgsozio@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Tel: 216-586-3939
Laura F. Laemmle-Weidenfeld (*Admitted Pro Hac Vice*)
lweidenfeld@jonesday.com
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Tel: 202-879-3939
Fax: 305-7868

Jessica M. Sarkis (*Admitted Pro Hac Vice*)
jsarkis@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Tel: 216-586-3939

***Attorneys for Defendant MEDHOST, Inc.***


Martin B. Goldberg
Florida Bar No. 0827029
Email: mgoldberg@lashgoldberg.com
LASH & GOLDBERG LLP
Miami Tower
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone: (305) 347-4040
Facsimile: (305) 347-4050

Michael L. Waldman (*Pro Hac Vice motion pending*)
Brandon L. Arnold (*Pro Hac Vice motion pending*)
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP

-5-

2000 K Street NW, 4th Floor
Washington DC 20006
Tel: 202-775-4500

*Attorneys for the Defendants CHSPSC LLC and CHS HOSPITALS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Dated:  July 11, 2019

Respectfully submitted,

/s/ *Jeffrey W. Dickstein*
Jeffrey Wynn Dickstein
jdickstein@phillipsandcohen.com
Phillips and Cohen LLP
200 South Biscayne Blvd.
Suite 2790
Miami, FL 33131
Tel: 305-372-5200
Fax: 305-374-3200

Colette G. Matzzie (*Admitted Pro Hac Vice*)
cmatzzie@phillipsandcohen.com
Phillips and Cohen LLP
2000 Massachusetts Ave., NW
Washington, D.C. 20036
Tel: 202-833-4567

Edward H. Arens (*Admitted Pro Hac Vice*)
earens@phillipsandcohen.com
Phillips and Cohen, LLP
100 The Embarcadero
San Francisco, CA 94105
Tel: 415-836-9000

David E. Morrison (*Admitted Pro Hac Vice*)
David.morrison@goldbergkohn.com
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: 312-201-4000

**Attorneys for PLAINTIFFS/RELATORS**

10721545v3 7/9/2019 12:08 PM                                                                                   7935.001

10721545v4 7/11/2019 9:38 AM                                       7935.001 **Error! Unknown document property name.**