IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DEREK LEWIS and JOEY NEIMAN, <br><br> vs. <br><br> COMMUNITY HEALTH SYSTEMS, INC., *et al*. | ) <br> ) <br> ) <br> ) No. 18-20394 <br> ) <br> ) <br> ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David J. Chizewer of the law firm of Goldberg Kohn Ltd., 55 East Monroe Street, Suite 3300, Chicago, IL 60603, (312) 201-4000, for purposes of appearance as co-counsel on behalf of Plaintiffs Derek Lewis and Joey Neiman in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit David J. Chizewer to receive electronic filings in this case, and in support thereof states as follows:

1. David J. Chizewer is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois Bar and Northern District of Illinois.

2. Movant, Jeffrey Wynn Dickstein, Esquire, of the law firm of Phillips & Cohen LLP, 200 South Biscayne Boulevard, Suite 2790, Miami, FL 33131, (305) 372-5200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom

filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

       3.     In accordance with the local rules of this Court, David J. Chizewer has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

       4.     David J. Chizewer, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David J. Chizewer at email address: david.chizewer@goldbergkohn.com.

WHEREFORE, Jeffrey Wynn Dickstein moves this Court to enter an Order permitting David J. Chizewer to appear before this Court on behalf of Plaintiffs Derek Lewis and Joey Neiman, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David J. Chizewer.

Date:  July 11, 2019                              Respectfully submitted,

                                                    /s/ Jeffrey Wynn Dickstein  
                                                    Jeffrey Wynn Dickstein  
                                                    Fla. Bar ID # 434892  
                                                    jdickstein@phillipsandcohen.com  
                                                    Phillips & Cohen LLP  
                                                    200 South Biscayne Boulevard – Suite 2790  
                                                    Miami, FL  33131  
                                                    Tel:  305-372-5200  
                                                    Fax:  305-374-3200  
                                                    Attorneys for Plaintiffs Derek Lewis and  
                                                     Joey Neiman

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings was served via this Court's CM/ECF system which will serve an electronic copy to all participants, on July 11, 2019, on all counsel of record for the parties.

/s/ Jeffrey Wynn Dickstein
Jeffrey Wynn Dickstein
