AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alliance Health Partners, LLC
d/b/a Merit Health Batesville
303 Medical Center Drive
Batesville, Mississippi 38606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

s/ *Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-20394-RNS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALLIANCE HEALTH PARTNERS, LLC d/b/a MERIT HEALTH BATESVILLE c/o CSC of Rankin County, Inc., Registered Agent was received by me on *(date)* Jun 20, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CHERYL ROSS, PARALEGAL , who is designated by law to accept service of process on behalf of *(name of organization)* ALLIANCE HEALTH PARTNERS, LLC d/b/a MERIT HEALTH BATESVILLE c/o CSC of Rankin County, Inc., Registered Agent on *(date)* Thu, Jun 20 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 20, 2019

_____
*Server's signature*

Terry Keith
_____
*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437 (601)800-2004
_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Amory HMA LLC
d/b/a Merit Health Gilmore Memorial
1105 Earl Frye Boulevard
Amory, Mississippi 38821

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 18, 2019

Angela E. Noble
Clerk of Court

s/ Doris Jones

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-20394-RNS

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AMORY HMA LLC d/b/a MERIT HEALTH GILMORE MEMORIAL c/o CSC of Rankin County, Inc., Registered Agent was received by me on *(date)* Jun 20, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Cheryl Ross, Paralegal , who is designated by law to accept service of process on behalf of *(name of organization)* AMORY HMA LLC d/b/a MERIT HEALTH GILMORE MEMORIAL c/o CSC of Rankin County, Inc., Registered Agent on *(date)* Thu, Jun 20 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 20, 2019

*Terry Keith*
_____
*Server's signature*

Terry Keith
_____
*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437 (601)800-2004
_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

UNITED STATES OF AMERICA ex rel. DEREK
LEWIS and JOEY NEIMAN

_____
*Plaintiff(s)*

v.

COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC,
LLC; et al.

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  18-20394

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Citrus HMA LLC
d/b/a Seven Rivers Regional Medical Center
6201 N Suncoast Boulevard
Crystal River, Florida 34428


Date: 6/11/9  Time: 6:45
MCN #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Jun 20, 2019
_____

**SUMMONS**

Angela E. Noble
Clerk of Court

*s/ Doris Jones*
_____
Deputy Clerk              *rk*
U.S. District Courts

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL. DEREK LEWIS AND JOEY NEIMAN**

vs.

Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; ET AL.**

For:
MICHAEL EVANS
GOLDBERG KOHN LTD.
55 EAST MONROE STREET
STE. 300
CHICAGO, IL 60603

Received by NOLAN PROCESS SERVERS, LLC on the 20th day of June, 2019 at 9:44 am to be served on **CITRUS HMA, LLC D/B/A SEVEN RIVERS REGIONAL MEDICAL CENTER, 6201 N. SUNCOAST BOULEVARD, CRYSTAL RIVER, FL 34428**.

I, MICHAEL C. NOLAN, being duly sworn, depose and say that on the **21st day of June, 2019 at 10:45 am, I:**

**LLC/LLP:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT WITH EXHIBIT(S); CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **AUTHORIZED REPRESENTATIVE** of Registered Agent for CITRUS HMA, LLC D/B/A SEVEN RIVERS REGIONAL MEDICAL CENTER at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

Subscribed and Sworn to before me on the 21st day of June, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**MICHAEL C. NOLAN**
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2019007406

DEBORAH BROWN
MY COMMISSION EXPIRES
AUGUST 17, 2021
#GG 135832
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | |
| *Defendant(s)* | |

Civil Action No. 18-20394

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clarksdale HMA LLC
d/b/a Merit Health Northwest Mississippi
1970 Hospital Drive
Clarksdale, Mississippi 38614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-20394-RNS

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CLARKSDALE HMA LLC d/b/a MERIT HEALTH NORTHWEST MISSISSIPPI c/o CSC of Rankin County, Inc., Registered Agent was received by me on *(date)* Jun 20, 2019.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Cheryl Ross, Paralegal , who is designated by law to accept service of process on behalf of *(name of organization)* CLARKSDALE HMA LLC d/b/a MERIT HEALTH NORTHWEST MISSISSIPPI c/o CSC of Rankin County, Inc., Registered Agent on *(date)* Thu, Jun 20 2019 ; or

☐   I returned the summons unexecuted because: _____ ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: June 20, 2019

_____
*Server's signature*

Terry Keith
_____
*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437
(601)800-2004
_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  18-20394

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dyersburg Hospital Company LLC
d/b/a Tennova Healthcare-Dyersburg Regional
400 E Tickle Street,
Dyersburg, Tennessee 38024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

s/ Doris Jones

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**AFFIDAVIT OF SERVICE**

| Case: 18-20394 | Court: UNITED STATES DISTRICT | County: SOUTHERN DISTRICT OF FLORIDA, FL | Job: 3488186 |
|---|---|---|---|
| Plaintiff / Petitioner: UNITED STATES OF AMERICA ex rel. DEREK LEWIS AND JOEY NEIMAN | | Defendant / Respondent: COMMUNITY HEALTH SYSTEMS,INC.; CHSPSC, LLC | |
| Received by: JUSTIN CASE PROCESS SERVICE | | For: GOLDBERG KOHN LTD | |
| To be served upon: DYERSBURG HOSPITAL COMPANY,LLC d/b/a TENNOVA HEALTHCARE-DYERSBURG REGIONAL C/O COMMUNITY HEALTH SYSTEMS | | | |

I, RICKY COOPER, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   DYERSBURG HOSPITAL COMPANY,LLC d/b/a TENNOVA HEALTHCARE-DYERSBURG REGIONAL C/O COMMUNITY HEALTH SYSTEMS, 4000 Meridian Blvd, Franklin, TN 37067

Manner of Service:   Corporation, Jun 21, 2019, 10:19 am CDT

Documents:   SUMMONS AND COMPLAINT (Received Jun 20, 2019 at 2:49pm CDT)

Additional Comments:
1) Successful Attempt: Jun 21, 2019, 10:19 am CDT at 4000 Meridian Blvd, Franklin, TN 37067 received by DYERSBURG HOSPITAL COMPANY,LLC d/b/a TENNOVA HEALTHCARE-DYERSBURG REGIONAL C/O COMMUNITY HEALTH SYSTEMS. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 260; Height: 6'4"; Hair: Brown;
HAND DELIVERED TO JUSTIN PITT, THE AGENT FOR PROCESS WITH COMMUNITY HEALTH SYSTEMS

RICKY COOPER                              Date   6/21/19

JUSTIN CASE PROCESS SERVICE
2817 W End Ave SUITE 126-472
Nashville, TN 37203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) |
| | ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No. 18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  HMA Fentress County General Hospital LLC
436 Central Avenue W
Jamestown, Tennessee 38556

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

_s/ Doris Jones_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**AFFIDAVIT OF SERVICE**

| Case:<br>18-20394 | Court:<br>UNITED STATES DISTRICT | County:<br>SOUTHERN DISTRICT OF FLORIDA, FL | Job:<br>3488173 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>UNITED STATES OF AMERICA ex rel. DEREK LEWIS AND JOEY NEIMAN | | **Defendant / Respondent:**<br>COMMUNITY HEALTH SYSTEMS,INC.; CHSPSC, LLC | |
| **Received by:**<br>JUSTIN CASE PROCESS SERVICE | | **For:**<br>GOLDBERG KOHN LTD | |
| **To be served upon:**<br>HMA FENTRESS COUNTY GENERAL HOSPITAL LLC C/O COMMUNITY HEALTH SYSTEMS | | | |

I, RICKY COOPER, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   HMA FENTRESS COUNTY GENERAL HOSPITAL LLC C/O COMMUNITY HEALTH SYSTEMS, 4000 Meridian Blvd, Franklin, TN 37067

Manner of Service:   Corporation, Jun 21, 2019, 10:19 am CDT

Documents:   SUMMONS AND COMPLAINT (Received Jun 20, 2019 at 2:49pm CDT)

**Additional Comments:**
1) Successful Attempt: Jun 21, 2019, 10:19 am CDT at 4000 Meridian Blvd, Franklin, TN 37067 received by HMA FENTRESS COUNTY GENERAL HOSPITAL LLC C/O COMMUNITY HEALTH SYSTEMS. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 260; Height: 6'4"; Hair: Brown; HAND DELIVERED TO JUSTIN PITT, THE AGENT FOR PROCESS WITH COMMUNITY HEALTH SYSTEMS

_____   6/21/19
RICKY COOPER                 **Date**

JUSTIN CASE PROCESS SERVICE
2817 W End Ave SUITE 126-472
Nashville, TN 37203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No. 18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Hospital of Morristown LLC d/b/a Lakeway Regional Hospital
726 McFarland Street
Morristown, Tennessee 37814

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _Jun 18, 2019_

_s/ Doris Jones_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## AFFIDAVIT OF SERVICE

| Case: 18-20394 | Court: UNITED STATES DISTRICT | County: SOUTHERN DISTRICT OF FLORIDA, FL | Job: 3488118 |
|---|---|---|---|
| Plaintiff / Petitioner: UNITED STATES OF AMERICA ex rel. DEREK LEWIS AND JOEY NEIMAN | | Defendant / Respondent: COMMUNITY HEALTH SYSTEMS,INC.; CHSPSC, LLC | |
| Received by: JUSTIN CASE PROCESS SERVICE | | For: GOLDBERG KOHN LTD | |
| To be served upon: HOSPITAL OF MORRISTOWN LLC d/b/a LAKEWAY REGIONAL HOSPITAL C/O COMMUNITY HEALTH SYSTEMS | | | |

I, RICKY COOPER, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | HOSPITAL OF MORRISTOWN LLC d/b/a LAKEWAY REGIONAL HOSPITAL C/O COMMUNITY HEALTH SYSTEMS, 4000 Meridian Blvd, Franklin, TN 37067 |
| Manner of Service: | Corporation, Jun 21, 2019, 10:19 am CDT |
| Documents: | SUMMONS AND COMPLAINT (Received Jun 20, 2019 at 2:49pm CDT) |

**Additional Comments:**
1) Successful Attempt: Jun 21, 2019, 10:19 am CDT at 4000 Meridian Blvd, Franklin, TN 37067 received by HOSPITAL OF MORRISTOWN LLC d/b/a LAKEWAY REGIONAL HOSPITAL C/O COMMUNITY HEALTH SYSTEMS. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 260; Height: 6'4"; Hair: Brown;
HAND DELIVERED TO JUSTIN PITT, THE AGENT FOR SERVICE OF PROCESS WITH COMMUNITY HEALTH SYSTEMS

_Ricky Cooper_                    6/21/19
RICKY COOPER                        Date

JUSTIN CASE PROCESS SERVICE
2817 W End Ave SUITE 126-472
Nashville, TN 37203

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Jackson Tennessee Hospital Company LLC
367 Hospital Boulevard
Jackson, Tennessee 38305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

s/ _Doris Jones_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## AFFIDAVIT OF SERVICE

| Case: 18-20394 | Court: UNITED STATES DISTRICT | County: SOUTHERN DISTRICT OF FLORIDA, FL | Job: 3488137 |
|---|---|---|---|
| **Plaintiff / Petitioner:** UNITED STATES OF AMERICA ex rel. DEREK LEWIS AND JOEY NEIMAN | | **Defendant / Respondent:** COMMUNITY HEALTH SYSTEMS,INC.; CHSPSC, LLC | |
| **Received by:** JUSTIN CASE PROCESS SERVICE | | **For:** GOLDBERG KOHN LTD | |
| **To be served upon:** JACKSON TENNESSEE HOSPITAL COMPANY LLC C/O COMMUNITY HEALTH SYSTEMS | | | |

I, RICKY COOPER, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | JACKSON TENNESSEE HOSPITAL COMPANY LLC C/O COMMUNITY HEALTH SYSTEMS, 4000 Meridian Blvd, Franklin, TN 37067 |
| Manner of Service: | Corporation, Jun 21, 2019, 10:19 am CDT |
| Documents: | SUMMONS AND COMPLAINT (Received Jun 20, 2019 at 2:49pm CDT) |

**Additional Comments:**
1) Successful Attempt: Jun 21, 2019, 10:19 am CDT at 4000 Meridian Blvd, Franklin, TN 37067 received by JACKSON TENNESSEE HOSPITAL COMPANY LLC C/O COMMUNITY HEALTH SYSTEMS. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 260; Height: 6'4"; Hair: Brown; HAND DELIVERED TO JUSTIN PITT, THE AGENT FOR PROCESS WITH COMMUNITY HEALTH SYSTEMS

_____   6/21/19
RICKY COOPER                      Date

JUSTIN CASE PROCESS SERVICE
2817 W End Ave SUITE 126-472
Nashville, TN 37203

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN<br><br>_____<br>*Plaintiff(s)*<br>v.<br>COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  18-20394 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Martin Hospital Company LLC
d/b/a Tennova Healthcare-Volunteer Martin
161 Mount Pelia Road
Martin, Tennessee 38237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Jun 18, 2019
_____

Angela E. Noble
Clerk of Court

*s/ Doris Jones*
_____
Deputy Clerk
U.S. District Courts
_____

## AFFIDAVIT OF SERVICE

| Case:<br>18-20394 | Court:<br>UNITED STATES DISTRICT | County:<br>SOUTHERN DISTRICT OF FLORIDA, FL | Job:<br>3488159 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>UNITED STATES OF AMERICA ex rel. DEREK LEWIS AND JOEY NEIMAN | | Defendant / Respondent:<br>COMMUNITY HEALTH SYSTEMS,INC.; CHSPSC, LLC | |
| Received by:<br>JUSTIN CASE PROCESS SERVICE | | For:<br>GOLDBERG KOHN LTD | |
| To be served upon:<br>MARTIN HOSPITAL COMPANY LLC d/b/a TENNOVA HEALTHARE-VOLUNTEER MARTIN C/O COMMUNITY HEALTH SYSTEMS | | | |

I, RICKY COOPER, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   MARTIN HOSPITAL COMPANY LLC d/b/a TENNOVA HEALTHARE-VOLUNTEER MARTIN C/O COMMUNITY
                            HEALTH SYSTEMS, 4000 Meridian Blvd, Franklin, TN 37067

Manner of Service:          Corporation, Jun 21, 2019, 10:19 am CDT

Documents:                  SUMMONS AND COMPLAINT (Received Jun 20, 2019 at 2:49pm CDT)

Additional Comments:
1) Successful Attempt: Jun 21, 2019, 10:19 am CDT at 4000 Meridian Blvd, Franklin, TN 37067 received by MARTIN HOSPITAL COMPANY LLC d/b/a TENNOVA HEALTHARE-VOLUNTEER MARTIN C/O COMMUNITY HEALTH SYSTEMS. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 260; Height: 6'4"; Hair: Brown;
HAND DELIVERED TO JUSTIN PITT, THE AGENT FOR PROCESS WITH COMMUNITY HEALTH SYSTEMS

_____   6/21/19
RICKY COOPER              Date

JUSTIN CASE PROCESS SERVICE
2817 W End Ave SUITE 126-472
Nashville, TN 37203

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Health Care Authority of The City of Anniston
d/b/a Stringfellow Memorial Hospital
301 E 18th Street
Anniston, Alabama  36207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019                          *s/ Doris Jones*
                                             Deputy Clerk
                                             U.S. District Courts

Angela E. Noble
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRCIT OF
FLORIDA
MIAMI DIVISION

**UNITED STATES OF AMERICA ex rel. DEREK LEWIS
AND JOEY NEIMAN**

              Plaintiff(s),

vs.

**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC;
ET AL**

              Defendant(s).
                               /

**Case No.: 18-20394**

**AFFIDAVIT OF SERVICE**

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Tina Romano Martin, who, first being duly sworn, on oath deposes and states that he/she is a citizen of the United States and is 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on **June 21, 2019** at **2:10 PM**, I served **The Health Care Authority of The City of Anniston d/b/a Stringfellow Memorial Hospital** by personally serving **BETH INGRAM, Human Resources**, located at **400 East Tenth Street , Anniston, AL 36207** with the following: SUMMONS AND COMPLAINT.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Gray** - Age: **62** - Height: **5ft4in** - Weight: **200**
Other: **wearing glasses**

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on _____6/25/19_____

Signed and sworn to before me on
this ___25th___ day of ___June_____, 20_19_
by an affiant who is personally known to me
or produced identification.

_____
Notary Public

**Goldberg Kohn Ltd**



**Tina Romano Martin**
MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta, GA 30328
770-984-7007/800-446-8794

*665991*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN

_____
*Plaintiff(s)*

v.

COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al.

_____
*Defendant(s)*

) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 

Civil Action No.  18-20394

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Van Buren HMA Central Business Office LLC
d/b/a Sparks Medical Center- Van Buren
E Main & South 20th Street
Van Buren, Arkansas 72957

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Jun 20, 2019
_____

Angela E. Noble
Clerk of Court

*s/ Doris Jones*
_____
Deputy Clerk          *rk*
U.S. District Courts

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL.**
vs.
Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC LLC; ET AL.,**

For: Mr. Mike Evans
  GOLDBERG KOHN

Received by MYERS ATTORNEY'S SERVICE to be served on **VAN BUREN HMA CENTRAL BUSINESS OFFICE, LLC BY SERVING CORPORATION SERVICE COMPANY, 300 S SPRING STREET, LITTLE ROCK, AR 723201.** I, _Stephanie Myers_, being duly sworn, depose and say that on the _21st_ day of _June_, _2019_ at _1:57p_.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT, COMPLAINT, EXHIBIT, CIVIL COVER SHEET,** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(✓) CORPORATE SERVICE: By Serving _Jeff Johnson_ as _____
_Intake Specialist._

( ) OTHER SERVICE: See Comments Below:
( ) NON SERVICE: See Comments Below:
Service Was Completed At:
( ) ADDRESS ABOVE
( ) OTHER ADDRESS:_____

COMMENTS: _____
_____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on
_____ by the affiant who
is personally known to me.

_Stephanie Myers_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MYERS ATTORNEY'S SERVICE**
**323 Center Street**
**Suite 1425**
**Little Rock, AR 72201**
**(501) 376-6266**

Our Job Serial Number: 2019007984

NOTARY PUBLIC

MARRISSA DOAN
COMM. EXP.
1-27-2025
No. 12402652
SALINE
COUNTY
NOTARY PUBLIC - ARKANSAS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* White County Medical Center
d/b/a Unity Health Harris Medical Center
1205 Mclain Street
Newport, Arkansas 72112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 18, 2019

s/ Doris Jones

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 18-20394

Plaintiff:
**UNITED STATES OF AMERICA EX REL.**
vs.
Defendant:
**COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC LLC; ET AL.,**

For: Mr. Mike Evans
   GOLDBERG KOHN

Received by MYERS ATTORNEY'S SERVICE to be served on **WHITE COUNTY MEDICAL CENTER D/B/A UNITY HEALTH HARRIS MEDICAL CENTER BY SERVING STEVEN WEBB, 2314 EAST RACE AVENUE, SEARCY, AR 72101.** I, _Fred Myers_, being duly sworn, depose and say that on the _21st_ day of _June_ 20_19_ at _11:30_ .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT, COMPLAINT, EXHIBIT, CIVIL COVER SHEET,** in accordance with state statutes in the manner marked below:

( ) GOV.AGENCY: By Serving _____ As _____ of the within-named agency.

(✓) CORPORATE SERVICE: By Serving _Steven Webb_ as _President, CEO, Agent For Service_

( ) OTHER SERVICE:See Comments Below:
( ) NON SERVICE: See Comments Below:
Service Was Completed At:
( ) ADDRESS ABOVE
(✓) OTHER ADDRESS: _3130 E. RACE ST., Searcy, AR 72101_

**COMMENTS:** _The Provided Address of 2314 East Race Ave, Searcy, AR 72101 Was an incorrect Address. I located The Office of Steven Webb, Registered Agent, President And CEO. I served STEVEN WEBB at That Location._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _057 FM_
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on _7/1/19_ by the affiant who
is personally known to me.

**MYERS ATTORNEY'S SERVICE**
**323 Center Street**
**Suite 1425**
**Little Rock, AR 72201**
**(501) 376-6266**

NOTARY PUBLIC

MARISSA DOAN
COMM. EXP.
1-27-2025
No. 12402652
SALINE COUNTY
NOTARY PUBLIC - ARKANSAS

Our Job Serial Number: 2019007985

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) | |
| | ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Yakima HMA LLC
d/b/a Yakima Regional Medical And Cardiac Center
110 S 9th Avenue
Yakima, Washington  98902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019

*s/ Doris Jones*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

**United States of America ex rel. Derek Lewis and Joey Neiman**
Plaintiff(s),

VS.

**Community Health Systems, Inc., et al.**
Defendant(s),

Case No.:18-20394

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING ss.

}

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on 6/24/2019 at 2:14 PM at the address of 300 Deschutes Way SW Ste 304, Tumwater, within Thurston County, WA, the undersigned duly served the following document(s): Summons in a Civil Action to Yakima HMA LLC d/b/a Toppenish Community Hospital; Summons in a Civil Action to Yakima HMA LLC d/b/a Yakima Regional Medical and Cardiac Center; Complaint for Violation of the False Claims Act [2 sets] in the above entitled action upon Yakima HMA LLC d/b/a Toppenish Community Hospital and Yakima HMA LLC d/b/a Yakima Regional Medical and Cardiac Center, by then and there personally delivering true and correct set(s) of the above documents into the hands of and leaving same with Cynthia Jones, Customer Service Associate for Corporation Service Company, Registered Agent for Yakima HMA LLC, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Female | Race: White | Age: 40 | Height: 5' 7" | Weight: 140 | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 6/25/2019
TOTAL: $ 116.00





M. Wood
Registered Process Server
License#: 18-7385 - Expiration Date: 8/3/2019
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this
25th day of June, 2019

Peter A. Valente, Notary Public
My Commission expires on: 6/7/2020

AFFIDAVIT OF SERVICE                    268088   PAGE 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN | ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   18-20394 |
| COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. | ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Yakima HMA LLC
d/b/a Toppenish Community Hospital
502 W 4th Avenue
Toppenish, Washington  98948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL  33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jun 18, 2019 _____

*s/ Doris Jones* _____

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

**United States of America ex rel. Derek Lewis and Joey Neiman**
                         Plaintiff(s),

   VS.

**Community Health Systems, Inc., et al.**
                        Defendant(s),

Case No.:18-20394

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
COUNTY OF KING ss.

        The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

        That on 6/24/2019 at 2:14 PM at the address of 300 Deschutes Way SW Ste 304, Tumwater, within Thurston County, WA, the undersigned duly served the following document(s): Summons in a Civil Action to Yakima HMA LLC d/b/a Toppenish Community Hospital; Summons in a Civil Action to Yakima HMA LLC d/b/a Yakima Regional Medical and Cardiac Center; Complaint for Violation of the False Claims Act [2 sets] in the above entitled action upon Yakima HMA LLC d/b/a Toppenish Community Hospital and Yakima HMA LLC d/b/a Yakima Regional Medical and Cardiac Center, by then and there personally delivering true and correct set(s) of the above documents into the hands of and leaving same with Cynthia Jones, Customer Service Associate for Corporation Service Company, Registered Agent for Yakima HMA LLC, who is authorized to accept service on behalf of the above.

Physical description of person served: Gender: Female | Race: White | Age: 40 | Height: 5' 7" | Weight: 140 | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 6/25/2019
TOTAL: $ 116.00





M. Wood
Registered Process Server
License#: 18-7385 - Expiration Date: 8/3/2019
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this
25th day of June, 2019

Peter A. Valente, Notary Public
My Commission expires on: 6/7/2020