AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN <br><br> *Plaintiff(s)* <br> v. <br> COMMUNITY HEALTH SYSTEMS, INC.; CHSPSC, LLC; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-20394 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Yakima HMA LLC
d/b/a Yakima Regional Medical And Cardiac Center
110 S 9th Avenue
Yakima, Washington 98902


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeffrey W. Dickstein
Phillips & Cohen LLP
Southest Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, FL 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 18, 2019

s/ Doris Jones
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN, <br><br> PLAINTIFF, <br><br> Vs <br><br> COMMUNITY HEALTH SYSTEMS INC.; CHSPSC LLC; *et al.* <br><br> DEFENDANT. | Case No. 18-CV-20394-RNS <br><br> DECLARATION OF SERVICE |

I Julie Holmquist now and at all times herein mentioned was a citizen of the United States and resident and registered process server in the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

I declare under penalty of perjury under the laws of the State of Washington that on **June 20TH 2019 at approximately 12:03 P.M.** I duly served *one* correct copy of the following documents: **SUMMONS IN A CIVIL ACTION ( 1 PAGE), COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT (29 PAGES),** to and upon:. **YAKIMA HMA LLC d/b/a Yakima Regional Medial and Cardiac Center,** by providing service to the registered agent: *Corporation Services Company,* and specifically to: **Juanita Huey** Service Representative, for *CORPORATION SERVICES COMPANY,* a person authorized to accept service and who did so willingly at the address of **300 Deschutes Way Suite 304 Tumwater, WA 98512.**

**Signed this 21st   Day OF JUNE 2019 in SW Olympia, WA. 98512, Thurston County.**

Signature: *Julie Holmquist*              *Julie Holmquist* PSR # 18-0305-06