**EXHIBIT A**
**DEFENDANT HOSPITALS**

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|------------------------|-----|
| 1 | ALLIANCE HEALTH PARTNERS, LLC, d/b/a MERIT HEALTH BATESVILLE | 303 MEDICAL CENTER DR BATESVILLE, MS 38606-8608 | MS | 1114150992 |
| 2 | AMORY HMA LLC, d/b/a MERIT HEALTH GILMORE MEMORIAL | 1105 EARL FRYE BLVD AMORY, MS 38821-5500 | MS | 1942255724 |
| 3 | ANNA HOSPITAL CORPORATION, d/b/a UNION COUNTY HOSPITAL | 517 N MAIN ST ANNA, IL 62906-1668 | IL | 1265540488 |
| 4 | ARMC LP, d/b/a ABILENE REGIONAL MEDICAL CENTER | 6250 HWY 83/84 ABILENE, TX 79606 | TX | 1851344162 |
| 5 | AUGUSTA HOSPITAL LLC, d/b/a TRINITY HOSPITAL OF AUGUSTA | 2260 WRIGHTSBORO RD AUGUSTA, GA 30904-4764 | DE | 1083616213 |
| 6 | BANNER HEALTH, d/b/a BANNER PAYSON MEDICAL CENTER | 807 S PONDEROSA ST PAYSON, AZ 85541-5542 | AZ | 1063893121 |
| 7 | BARTOW HMA LLC, d/b/a BARTOW REGIONAL MEDICAL CENTER | 2200 OSPREY BLVD BARTOW, FL 33830-3308 | FL | 1922052018 |
| 8 | BERWICK HOSPITAL COMPANY LLC, d/b/a BERWICK HOSPITAL CENTER | 701 E 16TH ST BERWICK, PA 18603-2316 | DE | 1316919699 |
| 9 | BIG BEND HOSPITAL CORPORATION, d/b/a BIG BEND REGIONAL MEDICAL CENTER | 2600 N HIGHWAY 118 ALPINE, TX 79830-2002 | TX | 1356312243 |
| 10 | BIG SPRING HOSPITAL CORPORATION, d/b/a SCENIC MOUNTAIN MEDICAL CENTER | 1601 W 11TH PL BIG SPRING, TX 79720-4114 | TX | 1831160423 |
| 11 | BILOXI HMA LLC, d/b/a MERIT HEALTH BILOXI | 150 REYNOIR ST BILOXI, MS 39530-4130 | MS | 1972557064 |
| 12 | BLACKWELL HMA LLC, d/b/a ALLIANCEHEALTH BLACKWELL | 710 S 13TH ST BLACKWELL, OK 74631-3700 | OK | 1790706851 |
| 13 | BLUE RIDGE GEORGIA HOSPITAL COMPANY LLC, d/b/a FANNIN REGIONAL HOSPITAL | 2855 OLD HIGHWAY 5 BLUE RIDGE, GA 30513-6248 | DE | 1851362263 |
| 14 | BLUEFIELD HOSPITAL COMPANY LLC, d/b/a BLUEFIELD REGIONAL MEDICAL CENTER | 500 CHERRY ST BLUEFIELD, WV 24701-3306 | DE | 1477869295 |

**EXHIBIT A**
**DEFENDANT HOSPITALS**

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|------------------------|-----|
| 15 | BRANDON HMA LLC, d/b/a MERIT HEALTH RANKIN | 350 CROSSGATES BLVD BRANDON, MS 39042-2601 | MS | 1205882669 |
| 16 | BROWNWOOD HOSPITAL LP, d/b/a BROWNWOOD REGIONAL MEDICAL CENTER | 1501 BURNET RD BROWNWOOD, TX 76801-8520 | DE | 1679526982 |
| 17 | BULLHEAD CITY HOSPITAL CORPORATION, d/b/a WESTERN ARIZONA REGIONAL MEDICAL CENTER | 2735 SILVER CREEK RD BULLHEAD CITY, AZ 86442-7924 | AZ | 1255302766 |
| 18 | CARLISLE HMA, LLC, d/b/a CARLISLE REGIONAL MEDICAL CENTER | 361 ALEXANDER SPRING RD CARLISLE, PA 17015-6940 | PA | 1730133844 |
| 19 | CARLSBAD MEDICAL CENTER LLC, d/b/a CARLSBAD MEDICAL CENTER | 2430 W PIERCE ST CARLSBAD, NM 88220-3553 | DE | 1790722346 |
| 20 | CEDAR PARK HEALTH SYSTEM LP, d/b/a CEDAR PARK REGIONAL MEDICAL CENTER | 1401 MEDICAL PKWY CEDAR PARK, TX 78613-7763 | DE | 1376662296 |
| 21 | CENTRE HOSPITAL CORPORATION, d/b/a CHEROKEE MEDICAL CENTER | 400 NORTHWOOD DR CENTRE, AL 35960-1023 | AL | 1396766267 |
| 22 | CHESTER HMA LLC, d/b/a CHESTER REGIONAL MEDICAL CENTER | 1 MEDICAL PARK DR CHESTER, SC 29706-9769 | SC | 1366481632 |
| 23 | CHESTERFIELD MARLBORO LP, d/b/a CHESTERFIELD GENERAL HOSPITAL | 711 CHESTERFIELD HWY CHERAW, SC 29520-7002 | DE | 1891768842 |
| 24 | CITRUS HMA LLC, d/b/a SEVEN RIVERS REGIONAL MEDICAL CENTER | 6201 N SUNCOAST BLVD CRYSTAL RIVER, FL 34428-6712 | FL | 1578506762 |
| 25 | CLARKSDALE HMA LLC, d/b/a MERIT HEALTH NORTHWEST MISSISSIPPI | 1970 HOSPITAL DR CLARKSDALE, MS 38614-7202 | MS | 1376584110 |
| 26 | CLINTON HMA, LLC, d/b/a ALLIANCEHEALTH CLINTON | 100 N 30TH ST CLINTON, OK 73601-3117 | OK | 1326062456 |
| 27 | CLINTON HOSPITAL CORPORATION, d/b/a LOCK HAVEN HOSPITAL | 25 CREE DR LOCK HAVEN, PA 17745-2600 | PA | 1144291840 |

**EXHIBIT A**
**DEFENDANT HOSPITALS**

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|------------------------|-----|
| 28 | COLLEGE STATION HOSPITAL LP, d/b/a COLLEGE STATION MEDICAL CENTER | 1604 ROCK PRAIRIE RD COLLEGE STATION, TX 77845-8345 | DE | 1467403477 |
| 29 | CRESTVIEW HOSPITAL CORPORATION, d/b/a NORTH OKALOOSA MEDICAL CENTER | 151 E REDSTONE AVE CRESTVIEW, FL 32539-5352 | FL | 1104897859 |
| 30 | CRESTWOOD HEALTHCARE LP, d/b/a CRESTWOOD MEDICAL CENTER | 1 HOSPITAL DR SW HUNTSVILLE, AL 35801-6455 | DE | 1023061496 |
| 31 | DEACONESS HEALTH SYSTEM LLC, d/b/a ALLIANCEHEALTH DEACONESS | 5501 N PORTLAND AVE OKLAHOMA CITY, OK 73112-2074 | DE | 1740231752 |
| 32 | DEMING HOSPITAL CORPORATION, d/b/a MIMBRES MEMORIAL HOSPITAL | 900 W ASH ST DEMING, NM 88030-4000 | NM | 1891075446 |
| 33 | DURANT HMA LLC, d/b/a ALLIANCEHEALTH DURANT | 1800 W UNIVERSITY BLVD DURANT, OK 74701-3006 | OK | 1770522906 |
| 34 | DYERSBURG HOSPITAL COMPANY LLC, d/b/a TENNOVA HEALTHCARE-DYERSBURG REGIONAL | 400 E TICKLE ST DYERSBURG, TN 38024-3120 | TN | 1043282338 |
| 35 | EAST GEORGIA REGIONAL MEDICAL CENTER, LLC, d/b/a EAST GEORGIA REGIONAL MEDICAL CENTER | 1499 FAIR RD STATESBORO, GA 30458-1683 | GA | 1265486278 |
| 36 | EMPORIA HOSPITAL CORPORATION, d/b/a SOUTHERN VIRGINIA REGIONAL MEDICAL CENTER | 727 N MAIN ST EMPORIA, VA 23847-1274 | VA | 1770554214 |
| 37 | EVANSTON HOSPITAL CORPORATION, d/b/a EVANSTON REGIONAL HOSPITAL | 190 ARROWHEAD DR EVANSTON, WY 82930-9266 | WY | 1639140015 |
| 38 | FOLEY HOSPITAL CORPORATION, d/b/a SOUTH BALDWIN REGIONAL MEDICAL CENTER | 1613 N MCKENZIE ST FOLEY, AL 36535-2247 | AL | 1053382655 |
| 39 | FORREST CITY ARKANSAS HOSPITAL COMPANY LLC, d/b/a FORREST CITY MEDICAL CENTER | 1601 NEWCASTLE RD FORREST CITY, AR 72335 | AR | 1811912009 |
| 40 | FORT PAYNE HOSPITAL CORPORATION, d/b/a DEKALB REGIONAL MEDICAL CENTER | 200 MEDICAL CENTER DR SW FORT PAYNE, AL 35968-3458 | AL | 1710901178 |

**EXHIBIT A**
**DEFENDANT HOSPITALS**

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|----------------------|-----|
| 41 | FRANKLIN HOSPITAL CORPORATION, d/b/a SOUTHAMPTON MEMORIAL HOSPITAL | 100 FAIRVIEW DR FRANKLIN, VA 23851-1238 | VA | 1902878341 |
| 42 | GAFFNEY HMA LLC, d/b/a MARY BLACK HEALTH SYSTEM – SPARTANBURG | 1530 N LIMESTONE ST GAFFNEY, SC 29340-4742 | SC | 1508800186 |
| 43 | GALESBURG HOSPITAL CORPORATION, d/b/a GALESBURG COTTAGE HOSPITAL | 695 N KELLOGG ST GALESBURG, IL 61401-2807 | IL | 1447221312 |
| 44 | GRANBURY HOSPITAL CORPORATION, d/b/a LAKE GRANBURY MEDICAL CENTER | 1310 PALUXY RD GRANBURY, TX 76048-5655 | TX | 1114998911 |
| 45 | GRANITE CITY ILLINOIS HOSPITAL COMPANY LLC, d/b/a GATEWAY REGIONAL MEDICAL CENTER | 2100 MADISON AVE GRANITE CITY, IL 62040-4701 | IL | 1083685986 |
| 46 | GREENBRIER VMC LLC, d/b/a GREENBRIER VALLEY MEDICAL CENTER | 1320 MAPLEWOOD AVE RONCEVERTE, WV 24970-8016 | DE | 1639124142 |
| 47 | GREENVILLE HOSPITAL CORPORATION, d/b/a LV STABLER MEMORIAL HOSPITAL | 29 L V STABLER DR GREENVILLE, AL 36037-3850 | AL | 1780655332 |
| 48 | HAINES CITY HMA LLC, d/b/a HEART OF FLORIDA REGIONAL MEDICAL CENTER | 40100 HIGHWAY 27 DAVENPORT, FL 33837-5906 | FL | 1578518403 |
| 49 | HAMLET HMA LLC, d/b/a SANDHILLS REGIONAL MEDICAL CENTER | 1000 W HAMLET AVE HAMLET, NC 28345-4522 | NC | 1134194178 |
| 50 | HARTSVILLE, LLC, d/b/a CAROLINA PINES REGIONAL MEDICAL CENTER | 1304 W BOBO NEWSOM HWY HARTSVILLE, SC 29550-4710 | SC | 1174500458 |
| 51 | HERNANDO HMA LLC, d/b/a BAYFRONT HEALTH - BROOKSVILLE | 17240 CORTEZ BLVD BROOKSVILLE, FL 34601-8921 | FL | 1588695514 |
| 52 | HMA FENTRESS COUNTY GENERAL HOSPITAL LLC, d/b/a HMA FENTRESS COUNTY GENERAL HOSPITAL | 436 CENTRAL AVE W JAMESTOWN, TN 38556-3031 | TN | 1093760712 |
| 53 | HMA SANTA ROSA MEDICAL CENTER LLC, d/b/a SANTA ROSA MEDICAL CENTER | 6002 BERRYHILL RD MILTON, FL 32570-5062 | FL | 1528015302 |

# EXHIBIT A
# DEFENDANT HOSPITALS

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|------------------------|-----|
| 54 | HOSPITAL OF BARSTOW INC, d/b/a BARSTOW COMMUNITY HOSPITAL | 820 E MOUNTAIN VIEW ST BARSTOW, CA 92311-3004 | DE | 1780655670 |
| 55 | HOSPITAL OF LOUISA, INC., d/b/a THREE RIVERS MEDICAL CENTER | 2485 HIGHWAY 644 LOUISA, KY 41230-9242 | KY | 1063484483 |
| 56 | HOSPITAL OF MORRISTOWN LLC, d/b/a LAKEWAY REGIONAL HOSPITAL | 726 MCFARLAND ST MORRISTOWN, TN 37814-3989 | TN | 1689645004 |
| 57 | JACKSON HMA LLC, d/b/a MERIT HEALTH CENTRAL | 1850 CHADWICK DR JACKSON, MS 39204-3404 | MS | 1033163092 |
| 58 | JACKSON HOSPITAL CORPORATION, d/b/a KENTUCKY RIVER MEDICAL CENTER | 540 JETT DR JACKSON, KY 41339-9622 | KY | 1346247962 |
| 59 | JACKSON TENNESSEE HOSPITAL COMPANY LLC, d/b/a TENNOVA HEALTHCARE - REGIONAL JACKSON | 367 HOSPITAL BLVD JACKSON, TN 38305-2080 | TN | 1023089984 |
| 60 | JOURDANTON HOSPITAL CORPORATION, d/b/a SOUTH TEXAS REGIONAL MEDICAL CENTER | 1905 HIGHWAY 97 E JOURDANTON, TX 78026-1504 | TX | 1184695785 |
| 61 | KENNETT HMA LLC, d/b/a TWIN RIVERS REGIONAL MEDICAL CENTER | 1301 1ST ST KENNETT, MO 63857-2525 | MO | 1205883980 |
| 62 | KEY WEST HMA LLC, d/b/a LOWER KEYS MEDICAL CENTER | 5900 COLLEGE RD KEY WEST, FL 33040-4342 | FL | 1619922077 |
| 63 | KIRKSVILLE MISSOURI HOSPITAL COMPANY, LLC, d/b/a NORTHEAST REGIONAL MEDICAL CENTER | 315 S OSTEOPATHY KIRKSVILLE, MO 63501-6401 | MO | 1104899442 |
| 64 | LAKE SHORE HMA, LLC, d/b/a SHANDS LAKE SHORE REGIONAL MEDICAL CENTER | 368 NE FRANKLIN ST LAKE CITY, FL 32055-3088 | FL | 1386743045 |
| 65 | LAKE WALES HOSPITAL CORPORATION, d/b/a LAKE WALES MEDICAL CENTER | 410 S 11TH ST LAKE WALES, FL 33853-4203 | FL | 1033180195 |
| 66 | LANCASTER HMA LLC, d/b/a HEART OF LANCASTER REGIONAL MEDICAL CENTER | 1500 HIGHLANDS DR LITITZ, PA 17543-7694 | PA | 1770539637 |

**EXHIBIT A**
**DEFENDANT HOSPITALS**

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|------------------------|-----|
| 67 | LAS CRUCES MEDICAL CENTER LLC, d/b/a MOUNTAIN VIEW REGIONAL MEDICAL CENTER | 4311 E LOHMAN AVE LAS CRUCES, NM 88011-8255 | DE | 1205882503 |
| 68 | LEA REGIONAL HOSPITAL LLC, d/b/a LEA REGIONAL MEDICAL CENTER | 5419 N LOVINGTON HWY HOBBS, NM 88240-9100 | DE | 1285688697 |
| 69 | LEBANON HMA LLC, d/b/a TENNOVA HEALTHCARE - LEBANON | 1411 W BADDOUR PKWY LEBANON, TN 37087-2513 | TN | 1306889597 |
| 70 | LEHIGH HMA LLC, d/b/a LEHIGH REGIONAL MEDICAL CENTER | 1500 LEE BLVD LEHIGH ACRES, FL 33936-4835 | FL | 1083669683 |
| 71 | LEXINGTON HOSPITAL CORPORATION, d/b/a HENDERSON COUNTY COMMUNITY HOSPITAL | 200 W CHURCH ST LEXINGTON, TN 38351-2038 | TN | 1255302923 |
| 72 | LONGVIEW MEDICAL CENTER LP, d/b/a LONGVIEW REGIONAL MEDICAL CENTER | 2901 N 4TH ST LONGVIEW, TX 75605-5128 | DE | 1528026267 |
| 73 | MADISON HMA LLC, d/b/a MERIT HEALTH MADISON | 161 RIVER OAKS DR CANTON, MS 39046-5375 | MS | 1194770404 |
| 74 | MARION HOSPITAL CORPORATION, d/b/a HEARTLAND REGIONAL MEDICAL CENTER | 3333 W DEYOUNG ST MARION, IL 62959-5884 | IL | 1073584058 |
| 75 | MARSHALL COUNTY HMA, LLC, d/b/a ALLIANCEHEALTH MADILL | 901 S 5TH AVE MADILL, OK 73446-3640 | OK | 1467476556 |
| 76 | MARTIN HOSPITAL COMPANY LLC, d/b/a TENNOVA HEALTHCARE-VOLUNTEER MARTIN | 161 MOUNT PELIA RD MARTIN, TN 38237-3811 | TN | 1275505372 |
| 77 | MARY BLACK HEALTH SYSTEM LLC, d/b/a MARY BLACK HEALTH SYSTEM SPARTANBURG | 1700 SKYLYN DR SPARTANBURG, SC 29307-1041 | DE | 1669425963 |
| 78 | MAT-SU VALLEY MEDICAL CENTER LLC, d/b/a MAT-SU REGIONAL MEDICAL CENTER | 2500 S WOODWORTH LOOP PALMER, AK 99645-8984 | AK | 1417975061 |
| 79 | MAYES COUNTY HMA, LLC, d/b/a ALLIANCEHEALTH PRYOR | 111 N BAILEY ST PRYOR, OK 74361-4201 | OK | 1588686679 |
| 80 | MCKENZIE TENNESSEE HOSPITAL COMPANY LLC, d/b/a MCKENZIE REGIONAL HOSPITAL | 161 HOSPITAL DR MC KENZIE, TN 38201-1636 | DE | 1407827157 |

**EXHIBIT A**
**DEFENDANT HOSPITALS**

| # | Name | Address | State of Incorporation | NPI |
|---|---|---|---|---|
| 81 | MCKENZIE WILLAMETTE REGIONAL MEDICAL CENTER ASSOCIATES LLC, d/b/a MCKENZIE-WILLAMETTE MEDICAL CENTER | 1460 G ST SPRINGFIELD, OR 97477-4112 | DE | 1568413573 |
| 82 | MCSA LLC, d/b/a MEDICAL CENTER OF SOUTH ARKANSAS | 701 W GROVE ST EL DORADO, AR 71730-4415 | AR | 1689625568 |
| 83 | MELBOURNE HMA, LLC, d/b/a WUESTHOFF MEDICAL CENTER - MELBOURNE | 250 N WICKHAM RD MELBOURNE, FL 32935-8625 | FL | 1962497198 |
| 84 | MIDWEST REGIONAL MEDICAL CENTER, LLC, d/b/a MIDWEST REGIONAL MEDICAL CENTER | 2825 PARKLAWN DR MIDWEST CITY, OK 73110-4201 | OK | 1730128836 |
| 85 | MMC OF NEVADA LLC, d/b/a MESA VIEW REGIONAL HOSPITAL | 1299 BERTHA HOWE AVE MESQUITE, NV 89027-7500 | DE | 1275588782 |
| 86 | MOBERLY HOSPITAL COMPANY LLC, d/b/a MOBERLY REGIONAL MEDICAL CENTER | 1515 UNION AVE MOBERLY, MO 65270-9407 | DE | 1770554305 |
| 87 | MONROE HMA, LLC, d/b/a CLEARVIEW REGIONAL MEDICAL CENTER | 2151 W SPRING ST MONROE, GA 30655-3115 | GA | 1043265564 |
| 88 | MOORESVILLE HOSPITAL MANAGEMENT ASSOCIATES LLC, d/b/a LAKE NORMAN REGIONAL MEDICAL CENTER | 171 FAIRVIEW RD MOORESVILLE, NC 28117-9500 | NC | 1073568754 |
| 89 | NAPLES HMA LLC, d/b/a PHYSICIANS REGIONAL MEDICAL CENTER | 6101 PINE RIDGE RD NAPLES, FL 34119-3900 | FL | 1316992134 |
| 90 | NATCHEZ HOSPITAL COMPANY, LLC, d/b/a NATCHEZ COMMUNITY HOSPITAL | 129 JEFFERSON DAVIS BLVD NATCHEZ, MS 39120-5103 | DE | 1619922283 |
| 91 | NATIONAL HEALTHCARE OF LEESVILLE, INC., d/b/a BYRD REGIONAL HOSPITAL | 1020 W FERTITTA BLVD LEESVILLE, LA 71446-4645 | DE | 1881665164 |
| 92 | NATIONAL HEALTHCARE OF MT VERNON INC, d/b/a CROSSROADS COMMUNITY HOSPITAL | 8 DOCTORS PARK RD MOUNT VERNON, IL 62864-6224 | DE | 1750353041 |
| 93 | NAVARRO HOSPITAL LP, d/b/a NAVARRO REGIONAL HOSPITAL | 3201 W HIGHWAY 22 CORSICANA, TX 75110-2450 | DE | 1144274226 |

**EXHIBIT A**
**DEFENDANT HOSPITALS**

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|------------------------|-----|
| 94 | NHCI OF HILLSBORO INC, d/b/a HILL REGIONAL HOSPITAL | 101 CIRCLE DR<br>HILLSBORO, TX  76645-2670 | TX | 1093786204 |
| 95 | OAK HILL HOSPITAL CORPORATION, d/b/a PLATEAU MEDICAL CENTER | 430 MAIN ST<br>OAK HILL, WV  25901 | WV | 1598736159 |
| 96 | OSCEOLASC LLC, d/b/a ST CLOUD REGIONAL MEDICAL CENTER | 2906 17TH ST<br>SAINT CLOUD, FL  34769-6006 | DE | 1164478442 |
| 97 | PAINTSVILLE HOSPITAL COMPANY, LLC, d/b/a PAUL B HALL REGIONAL MEDICAL CENTER | 625 JAMES TRIMBLE BLVD<br>PAINTSVILLE, KY  41240-1055 | KY | 1538101688 |
| 98 | PASCO REGIONAL MEDICAL CENTER, LLC, d/b/a BAYFRONT HEALTH - DADE CITY | 13100 FORT KING RD<br>DADE CITY,  FL  33525-5294 | FL | 1356336069 |
| 99 | PHILLIPS HOSPITAL CORPORATION, d/b/a HELENA REGIONAL MEDICAL CENTER | 1801 MARTIN LUTHER KING JR DR<br>HELENA, AR  72342-8998 | AR | 1154392090 |
| 100 | PINEY WOODS HEALTHCARE SYSTEM, L.P., d/b/a WOODLAND HEIGHTS MEDICAL CENTER | 505 S JOHN REDDITT DR<br>LUFKIN, TX  75904-3120 | DE | 1487607792 |
| 101 | POPLAR BLUFF REGIONAL MEDICAL CENTER LLC, d/b/a POPLAR BLUFF REGIONAL MEDICAL CENTER | 3100 OAK GROVE RD<br>POPLAR BLUFF, MO  63901 | MO | 1700831724 |
| 102 | PORT CHARLOTTE HMA LLC, d/b/a BAYFRONT HEALTH PORT CHARLOTTE | 2500 HARBOR BLVD<br>PORT CHARLOTTE, FL  33952-5000 | FL | 1053364703 |
| 103 | PRIME HEALTHCARE SERVICES MESQUITE LLC, d/b/a DALLAS REGIONAL MEDICAL CENTER | 1011 N GALLOWAY AVE<br>MESQUITE, TX  75149-2433 | DE | 1790174860 |
| 104 | PUNTA GORDA HMA LLC, d/b/a BAYFRONT HEALTH - PUNTA GORDA | 809 E MARION AVE<br>PUNTA GORDA, FL  33950-3819 | FL | 1104870245 |
| 105 | QHG OF ENTERPRISE INC, d/b/a MEDICAL CENTER ENTERPRISE | 400 N EDWARDS ST<br>ENTERPRISE, AL  36330-2510 | AL | 1720039712 |
| 106 | QHG OF SOUTH CAROLINA INC, d/b/a CAROLINAS HOSPITAL SYSTEM MARION | 2829 E HIGHWAY 76<br>MULLINS, SC  29574-6035 | SC | 1831418862 |
| 107 | RED BUD ILLINOIS HOSPITAL COMPANY LLC, d/b/a RED BUD REGIONAL HOSPITAL | 325 SPRING ST<br>RED BUD, IL  62278-1105 | IL | 1891766317 |

**EXHIBIT A**
**DEFENDANT HOSPITALS**

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|------------------------|-----|
| 108 | RIVER OAKS HOSPITAL LLC, d/b/a MERIT HEALTH RIVER OAKS | 1030 RIVER OAKS DR FLOWOOD, MS  39232-9553 | MS | 1396792032 |
| 109 | ROCKLEDGE HMA, LLC, d/b/a WUESTHOFF MEDICAL CENTER - ROCKLEDGE | 110 LONGWOOD AVE ROCKLEDGE, FL  32955-2828 | FL | 1619962917 |
| 110 | ROH LLC, d/b/a MERIT HEALTH WOMAN'S HOSPITAL | 1026 N FLOWOOD DR JACKSON, MS  39232-9532 | MS | 1285681841 |
| 111 | ROSE CITY HMA LLC, d/b/a LANCASTER REGIONAL MEDICAL CENTER | 250 COLLEGE AVE LANCASTER, PA  17603-3363 | PA | 1467491027 |
| 112 | RUSTON LOUISIANA HOSPITAL COMPANY LLC, d/b/a NORTHERN LOUISIANA MEDICAL CENTER | 401 E VAUGHN AVE RUSTON, LA  71270-5950 | DE | 1285765107 |
| 113 | SALEM HOSPITAL CORPORATION, d/b/a THE MEMORIAL HOSPITAL OF SALEM COUNTY | 310 WOODSTOWN RD SALEM, NJ  08079-2064 | NJ | 1306817978 |
| 114 | SAN ANGELO HOSPITAL LP, d/b/a SAN ANGELO COMMUNITY MEDICAL CENTER | 3501 KNICKERBOCKER RD SAN ANGELO, TX  76904-7610 | DE | 1194776104 |
| 115 | SAN MIGUEL HOSPITAL CORPORATION, d/b/a ALTA VISTA REGIONAL HOSPITAL | 104 LEGION DR LAS VEGAS, NM  87701-4804 | NM | 1396716643 |
| 116 | SEBASTIAN HOSPITAL LLC, d/b/a SEBASTIAN RIVER MEDICAL CENTER | 13695 US HIGHWAY 1 SEBASTIAN, FL  32958-3230 | FL | 1235186123 |
| 117 | SEBRING HOSPITAL MANAGEMENT ASSOCIATES LLC, d/b/a HIGHLANDS REGIONAL MEDICAL CENTER | 3600 S HIGHLANDS AVE SEBRING, FL  33870-5416 | FL | 1952344772 |
| 118 | SEMINOLE HMA, LLC, d/b/a ALLIANCEHEALTH SEMINOLE | 2401 W WRANGLER BLVD SEMINOLE, OK  74868-1917 | OK | 1891980124 |
| 119 | SHELBYVILLE HOSPITAL COMPANY LLC, d/b/a TENNOVA HEALTHCARE-SHELBYVILLE | 2835 HWY 231 N SHELBYVILLE, TN  37160-2607 | TN | 1932170750 |
| 120 | SILOAM SPRINGS ARKANSAS HOSPITAL COMPANY LLC, d/b/a SILOAM SPRINGS REGIONAL HOSPITAL | 603 N PROGRESS AVE SILOAM SPRINGS, AR  72761-4352 | DE | 1902051816 |

# EXHIBIT A
# DEFENDANT HOSPITALS

| # | Name | Address | State of Incorporation | NPI |
|---|---|---|---|---|
| 121 | STARKE HMA, LLC, d/b/a SHANDS STARKE REGIONAL MEDICAL CENTER | 922 E CALL ST STARKE, FL 32091-3616 | FL | 1285733790 |
| 122 | STATESVILLE HMA LLC, d/b/a DAVIS REGIONAL MEDICAL CENTER | 218 OLD MOCKSVILLE RD STATESVILLE, NC 28625-1930 | NC | 1154375178 |
| 123 | SUNBURY HOSPITAL COMPANY LLC, d/b/a SUNBURY COMMUNITY HOSPITAL | 350 N 11TH ST SUNBURY, PA 17801-1611 | DE | 1467424820 |
| 124 | THE HEALTH CARE AUTHORITY OF THE CITY OF ANNISTON, d/b/a STRINGFELLOW MEMORIAL HOSPITAL | 301 E 18TH ST ANNISTON, AL 36207-3952 | AL | 1215976675 |
| 125 | TOOELE HOSPITAL CORPORATION, d/b/a MOUNTAIN WEST MEDICAL CENTER | 2055 N MAIN ST TOOELE, UT 84074-9819 | UT | 1124090659 |
| 126 | TULLAHOMA HMA LLC, d/b/a TENNOVA HEALTHCARE-HARTON | 1801 N JACKSON ST TULLAHOMA, TN 37388-2201 | TN | 1922052869 |
| 127 | TUNKHANNOCK HOSPITAL COMPANY LLC, d/b/a TYLER MEMORIAL HOSPITAL | 880 SR 6 W TUNKHANNOCK, PA 18657-6149 | DE | 1518256726 |
| 128 | VAN BUREN HMA CENTRAL BUSINESS OFFICE LLC, d/b/a SPARKS MEDICAL CENTER- VAN BUREN | E MAIN & SOUTH 20TH ST VAN BUREN, AR 72957 | AR | 1386687036 |
| 129 | VENICE HMA LLC, d/b/a VENICE REGIONAL BAYFRONT HEALTH | 540 THE RIALTO VENICE, FL 34285-2900 | FL | 1760427157 |
| 130 | VICTORIA OF TEXAS LP, d/b/a DETAR HOSPITAL NAVARRO | 506 E SAN ANTONIO ST VICTORIA, TX 77901-6060 | DE | 1851343909 |
| 131 | WATSONVILLE HOSPITAL CORPORATION, d/b/a WATSONVILLE COMMUNITY HOSPITAL | 75 NIELSON ST WATSONVILLE, CA 95076-2468 | DE | 1710958228 |
| 132 | WEST GROVE HOSPITAL COMPANY LLC, d/b/a JENNERSVILLE REGIONAL HOSPITAL | 1015 W BALTIMORE PIKE WEST GROVE, PA 19390-9459 | DE | 1336110287 |
| 133 | WHITE COUNTY MEDICAL CENTER, d/b/a UNITY HEALTH HARRIS MEDICAL CENTER | 1205 MCLAIN ST NEWPORT, AR 72112-3533 | AR | 1619365079 |

EXHIBIT A
DEFENDANT HOSPITALS

| # | Name | Address | State of Incorporation | NPI |
|---|------|---------|------------------------|-----|
| 134 | WILLIAMSON MEMORIAL HOSPITAL LLC, d/b/a WILLIAMSON MEMORIAL HOSPITAL | 859 ALDERSON ST WILLIAMSON, WV  25661-3215 | WV | 1275528614 |
| 135 | WILLIAMSTON HOSPITAL CORPORATION, d/b/a MARTIN GENERAL HOSPITAL | 310 S MCCASKEY RD WILLIAMSTON, NC  27892-2150 | NC | 1851362669 |
| 136 | WINDER HMA LLC, d/b/a BARROW REGIONAL MEDICAL CENTER | 316 N BROAD ST WINDER, GA  30680-2150 | GA | 1932194222 |
| 137 | WOMEN & CHILDRENS HOSPITAL LLC, d/b/a LAKE AREA MEDICAL CENTER | 4200 NELSON RD LAKE CHARLES, LA  70605-4118 | DE | 1801849104 |
| 138 | WOODWARD HEALTH SYSTEM LLC, d/b/a ALLIANCEHEALTH WOODWARD | 900 17TH ST WOODWARD, OK  73801-2448 | DE | 1558312553 |
| 139 | YAKIMA HMA LLC, d/b/a TOPPENISH COMMUNITY HOSPITAL | 502 W 4TH AVE TOPPENISH, WA  98948-1616 | WA | 1164461455 |
| 140 | YAKIMA HMA LLC, d/b/a YAKIMA REGIONAL MEDICAL AND CARDIAC CENTER | 110 S 9TH AVE YAKIMA, WA  98902-3315 | WA | 1043241508 |