UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., et al., <br><br> Defendants. | No. 18-CV-20394-RNS |

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Lauren M. Cassady of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, 2000 K Street NW, 4th Floor, Washington DC 20006, (202) 775-4500, for purposes of appearance as co-counsel on behalf of Defendant CHSPSC, LLC and the Defendants listed in Exhibit 1 (the "CHS Hospitals") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ms. Cassady to receive electronic filings in this case. This motion is unopposed. In support of this motion, the undersigned states:

1.  Ms. Cassady is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the State of Virginia and the District of Columbia.

1

2. Martin B. Goldberg, Esquire, of the law firm of Lash & Goldberg LLP, Miami Tower, 100 Southeast 2nd Street, Suite 1200, (305) 347-4040, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ms. Cassady has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached as Exhibit 2.

4. Ms. Cassady, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ms. Cassady at email address: lcassady@robbinsrussell.com.

WHEREFORE, Martin B. Goldberg moves this Court to enter an Order permitting Lauren M. Cassady, to appear before this Court on behalf of Defendants CHSPSC, LLC and the CHS Hospitals, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ms. Cassady. For the Court's convenience, a proposed order is attached as Exhibit 3.

**Certification of Compliance with Local Rule 7.1(a)(3)**

Pursuant to Rule 7.1(a)(3) of the Local Rules of the United States District Court for the Southern District of Florida, the undersigned counsel for Defendants CHSPSC, LLC and the CHS Hospitals has conferred with counsel for Plaintiffs and the Plaintiffs do not oppose the relief requested in this motion.

Dated: September 20, 2019

Respectfully submitted,

/s/ Martin B. Goldberg
Martin B. Goldberg
Florida Bar No. 0827029
Email: mgoldberg@lashgoldberg.com
LASH & GOLDBERG LLP
Miami Tower
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone: (305) 347-4040
Facsimile: (305) 347-4050

*Counsel for Community Health Systems, Inc., CHSPSC, LLC and the CHS Hospitals*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record for the parties.


Dated: September 20, 2019
/s/ Martin B. Goldberg
Martin B. Goldberg
Florida Bar No. 0827029
Email: mgoldberg@lashgoldberg.com
LASH & GOLDBERG LLP
Miami Tower
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone: (305) 347-4040
Facsimile: (305) 347-4050

*Counsel for Community Health Systems, Inc., CHSPSC, LLC and the CHS Hospitals*