# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN,  Plaintiffs,  v.  COMMUNITY HEALTH SYSTEMS, INC., et al.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) /  No. 18-CV-20394-RNS |

**CERTIFICATION OF LAUREN M. CASSADY**

Lauren M. Cassady, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the State of Virginia and the District of Columbia; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*/s/ Lauren M. Cassady*
Lauren M. Cassady