# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., et al., <br><br> Defendants. | No. 18-CV-20394-RNS |

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the unopposed Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Lauren M. Cassady (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Lauren M. Cassady, may appear and participate in this action on behalf of Defendants CHSPSC, LLC and the Defendants listed in Exhibit 1 (the "CHS Hospitals").  The Clerk shall provide electronic notification of all electronic filings to Lauren M. Cassady, at lcassady@robbinsrussell.com.

1

2

DONE AND ORDERED in Chambers at Miami Florida, this ___ day of September, 2019.

_____
ROBERT N. SCOLA
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record

2