# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

UNITED STATES OF AMERICA ex rel.
DEREK LEWIS and JOEY NEIMAN,

    Plaintiffs,

v.

COMMUNITY HEALTH SYSTEMS, INC., et al.,

    Defendants.

Case No. 18-CV-20394-RNS

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Daryl L. Saylor, of the law firm of Lash & Goldberg LLP, initially made an appearance for Defendants Community Health Systems, Inc., CHSPSC, LLC and 97 hospitals. *See* Doc. No. 116, Exh. 1. The 97 hospitals are listed in ***Exhibit A*** attached hereto. Mr. Saylor hereby gives notice of appearance in this case on behalf of the Defendants listed in ***Exhibit B*** attached hereto (together with the hospitals listed in ***Exhibit A***, the "Defendant Hospitals"), and requests service of all notices, pleadings, and other papers filed and/or served in this case as required by the Federal Rules of Civil Procedure or by Order of the Court.

Respectfully submitted,

By: */s/ Daryl L. Saylor*
Daryl L. Saylor
Florida Bar No. 100376
Email: dsaylor@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Phone: (305) 347-4040
Fax: (305) 347-4050
*Counsel for Defendants Community Health Systems, Inc., CHSPSC, LLC and the Defendant Hospitals*



MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No. 18-CV-20394-RNS

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on September 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                By: */s/ Daryl L. Saylor*
                   Daryl L. Saylor

Lash&Goldberg LLP
LASHGOLDBERG.COM
MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

Case No. 18-CV-20394-RNS

**SERVICE LIST:**

David J. Chizewer (admitted *pro hac vice*)
David E. Morrison (admitted *pro hac vice*)
Harleen Kaur (*pro hac vice* anticipated)
Danielle K. Johnson (*pro hac vice* anticipated)
Juan C. Arguello (*pro hac vice* anticipated)
GOLDBERG KOHN LTD.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 201-4000/Fax: (312) 863-7472
David.Chizewer@goldbergkohn.com
David.Morrison@goldbergkohn.com
Harleen.Kaur@goldbergkohn.com
Danielle.Johnsons@goldbergkohn.com
Juan.Arguello@goldbergkohn.com

Edward H. Arens (admitted *pro hac vice*)
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300 San
Francisco, CA 94105
Tel: (415) 836-9000
earens@phillipsandcohen.com

Brandon L. Arnold (admitted *pro hac vice*)
Michael L. Waldman (admitted *pro hac vice*)
Lauren M. Cassady (admitted *pro hac vice*)
Robbins, Russell, Englert, Orseck, Untereiner
& Sauber, LLP
2000 K Street NW, 4th Floor
Washington DC 20006
Tel: (202) 775-4500
barnold@robbinsrussell.com
mwaldman@robbinsrussell.com


Laura F. Laemmle-Weidenfeld
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 2001
Tel: (202) 879-3939
lweidenfeld@jonesday.com

Colette G. Matzzie (admitted *pro hac vice*)
Luke J. Diamond (admitted *pro hac vice*)
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue
NW Washington, DC 20036
Tel: (202) 833-4567
cmatzzie@phillipsandcohen.com
ldiamond@phillipsandcohen.com

Jeffrey W. Dickstein (FL Bar No. 434892)
PHILLIPS & COHEN LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, Florida 33131
Tel: (305) 372-5200
jdickstein@phillipsandcohen.com

Erika Stephanie Whyte (FL Bar No. 91133)
JONES DAY
600 Brickell Ave., Suite 3300
Miami, FL 33131
Tel: (305) 714-9700
ewhyte@jonesday.com
obencomo@jonesday.com
ycabreracruz@jonesday.com

Jessica M. Sarkis
Stephen G. Sozio
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Tel: (216) 586-3939
jsarkis@jonesday.com
sgsozio@jonesday.com

Lash & Goldberg LLP
LASHGOLDBERG.COM
MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel