## APPENDIX A

| HOSPITAL DEFENDANTS – ENTITY NAME |
|---|
| ALLIANCE HEALTH PARTNERS,LLC D/B/A MERIT HEALTH BATESVILLE |
| AMORY HMA LLC D/B/A MERIT HEALTH GILMORE MEMORIAL |
| ANNA HOSPITAL CORPORATION D/B/A UNION COUNTY HOSPITAL |
| ARMC LP D/B/A ABILENE REGIONAL MEDICAL CENTER |
| AUGUSTA HOSPITAL LLC D/B/A TRINITY HOSPITAL OF AUGUSTA |
| BARTOW HMA LLC D/B/A/ BARTOW REGIONAL MEDICAL CENTER |
| BERWICK HOSPITAL COMPANY LLC D/B/A BERWICK HOSPITAL CENTER |
| BIG BEND HOSPITAL CORPORATION D/B/A BIG BEND REGIONAL MEDICAL CENTER |
| BIG SPRING HOSPITAL CORPORATION D/B/A SCENIC MOUNTAIN MEDICAL CENTER |
| BILOXI HMA LLC D/B/A MERIT HEALTH BILOXI |
| BLACKWELL HMA LLC D/B/A ALLIANCE HEALTH BLACKWELL |
| BLUE RIDGE GEORGIA HOSPITAL COMPANY LLC D/B/A FANNIN REGIONAL HOSPITAL |
| BLUEFIELD HOSPITAL COMPANY LLC D/B/A BLUEFIELD REGIONAL MEDICAL CENTER |
| BRANDON HMA LLC D/B/A MERIT HEALTH RANKIN |
| BROWNWOOD HOSPITAL LP D/B/A BROWNWOOD REGIONAL MEDICAL CENTER |
| BULLHEAD CITY HOSPITAL CORPORATION D/B/A WESTERN ARIZONA REGIONAL MEDICAL CENTER |
| CARLISLE HMA, LLC D/B/A CARLISLE REGIONAL MEDICAL CENTER |
| CARLSBAD MEDICAL CENTER LLC D/B/A CARLSBAD MEDICAL CENTER |
| CEDAR PARK HEALTH SYSTEM LP D/B/A CEDAR PARK REGIONAL MEDICAL CENTER |
| CENTRE HOSPITAL CORPORATION D/B/A CHEROKEE MEDICAL CENTER |
| CHESTER HMA LLC D/B/A CHESTER REGIONAL MEDICAL CENTER |
| CITRUS HMA INC. D/B/A SEVEN RIVERS REGIONAL MEDICAL CENTER |
| CLARKSDALE HMA D/B/A MERIT HEALTH NORTHWEST MISSISSIPPI |
| CLINTON HMA, LLC D/B/A ALLIANCEHEALTH CLINTON |
| CLINTON HOSPITAL CORPORATION D/B/A LOCK HAVEN HOSPITAL |
| COLLEGE STATION HOSPITAL LP D/B/A COLLEGE STATION MEDICAL CENTER |
| CRESTVIEW HOSPITAL CORPORATION D/B/A NORTH OKALOOSA MEDICAL CENTER |
| CRESTWOOD HEALTHCARE LP D/B/A CRESTWOOD MEDICAL CENTER |
| DEACONESS HEALTH SYSTEM LLC D/B/A ALLIANCE HEALTH DEACONESS |
| DEMING HOSPITAL CORPORATION D/B/A MIMBRES MEMORIAL HOSPITAL |
| DURANT HMA LLC D/B/A ALLIANCEHEALTH DURANT |
| DYERSBURG HOSPITAL COMPANY LLC D/B/A TENNOVA HEALTHCARE DYERSBURG REGIONAL |
| EAST GEORGIA REGIONAL MEDICAL CENTER, LLC |

| |
|---|
| EMPORIA HOSPITAL CORPORATION D/B/A SOUTHERN VIRGINIA REGIONAL MEDICAL CENTER |
| EVANSTON HOSPITAL CORPORATION D/B/A EVANSTON REGIONAL HOSPITAL |
| FOLEY HOSPITAL CORPORATION D/B/A SOUTH BALDWIN REGIONAL MEDICAL CENTER |
| FORREST CITY ARKANSAS HOSPITAL COMPANY LLC D/B/A FORREST CITY MEDICAL CENTER |
| FORT PAYNE HOSPITAL CORPORATION D/B/A DEKALB REGIONAL MEDICAL CENTER |
| FRANKLIN HOSPITAL CORPORATION D/B/A SOUTHAMPTON MEMORIAL HOSPITAL |
| GAFFNEY HMA LLC |
| GALESBURG HOSPITAL CORPORATION D/B/A GALESBURG COTTAGE HOSPITAL |
| GRANBURY HOSPITAL CORPORATION |
| GRANITE CITY ILLINOIS HOSPITAL COMPANY LLC D/B/A GATEWAY REGIONAL MEDICAL CENTER |
| GREENBRIER VMC LLC D/B/A GREENBRIER VALLEY MEDICAL CENTER |
| GREENVILLE HOSPITAL CORPORATION D/B/A LV STABLER MEMORIAL HOSPITAL |
| HAINES CITY HMA LLC D/B/A HEART OF FLORIDA REGIONAL MEDICAL CENTER |
| HAMLET HMA LLC D/B/A SANDHILLS REGIONAL MEDICAL CENTER |
| HERNANDO HMA LLC |
| HMA FENTRESS COUNTY GENERAL HOSPITAL LLC |
| HMA SANTA ROSA MEDICAL CENTER LLC |
| HOSPITAL OF BARSTOW INC D/B/A BARSTOW COMMUNITY HOSPITAL |
| HOSPITAL OF LOUISA, INC. D/B/A THREE RIVERS MEDICAL CENTER |
| HOSPITAL OF MORRISTOWN LLC D/B/A LAKEWAY REGIONAL HOSPITAL |
| JACKSON HMA LLC |
| JACKSON HOSPITAL CORPORATION D/B/A KENTUCKY RIVER MEDICAL CENTER |
| JACKSON TENNESSEE HOSPITAL COMPANY LLC |
| JOURDANTON HOSPITAL CORPORATION D/B/A SOUTH TEXAS REGIONAL MEDICAL CENTER |
| KENNETT HMA LLC |
| KEY WEST HMA LLC |
| KIRKSVILLE MISSOURI HOSPITAL COMPANY, LLC |
| LAKE SHORE HMA, LLC |
| LAKE WALES HOSPITAL CORPORATION |
| LANCASTER HMA LLC D/B/A HEART OF LANCASTER REGIONAL MEDICAL CENTER |
| LAS CRUCES MEDICAL CENTER LLC |
| LEA REGIONAL HOSPITAL LLC |
| LEBANON HMA LLC |
| LEHIGH HMA LLC D/B/A/ LEHIGH REGIONAL MEDICAL CENTER |
| LEXINGTON HOSPITAL CORPORATION D/B/A HENDERSON COUNTY COMMUNITY HOSPITAL |

| |
|---|
| LONGVIEW MEDICAL CENTER LP D/B/A LONGVIEW REGIONAL MEDICAL CENTER |
| MADISON HMA LLC |
| MARION HOSPITAL CORPORATION D/B/A HEARTLAND REGIONAL MEDICAL CENTER |
| MARSHALL COUNTY HMA, LLC |
| MARTIN HOSPITAL COMPANY LLC D/B/A TENNOVA HEALTHCARE VOLUNTEER MARTIN |
| MARY BLACK HEALTH SYSTEM LLC D/B/A MARY BLACK HEALTH SYSTEM SPARTANBURG |
| MAT-SU VALLEY MEDICAL CENTER LLC D/B/A MAT-SU REGIONAL MEDICAL CENTER |
| MAYES COUNTY HMA, LLC D/B/A ALLIANCEHEALTH PRYOR |
| MCKENZIE TENNESSEE HOSPITAL COMPANY LLC D/B/A MCKENZIE REGIONAL HOSPITAL |
| MCKENZIE WILLAMETTE REGIONAL MEDICAL CENTER ASSOCIATES LLC D/B/A MCKENZIE-WILLAMETTE MEDICAL CENTER |
| MELBOURNE HMA , LLC D/B/A WUESTHOFF MEDICAL CENTER-MELBOURNE |
| MCSA LLC D/B/A MEDICAL CENTER OF SOUTH ARKANSAS |
| MIDWEST REGIONAL MEDICAL CENTER, LLC D/B/A MIDWEST REGIONAL MEDICAL CENTER |
| MMC OF NEVADA LLC D/B/A/ MESA VIEW REGIONAL HOSPITAL |
| MOBERLY HOSPITAL COMPANY LLC D/B/A MOBERLY REGIONAL MEDICAL CENTER |
| MONROE HMA, LLC D/B/A CLEARVIEW REGIONAL MEDICAL CENTER |
| MOORESVILLE HOSPITAL MANAGEMENT ASSOCIATES LLC D/B/A LAKE NORMAN REGIONAL MEDICAL CENTER |
| NAPLES HMA LLC D/B/A PHYSICIANS REGIONAL MEDICAL CENTER |
| NATCHEZ COMMUNITY HOSPITAL LLC D/B/A NATCHEZ COMMUNITY HOSPITAL |
| NATIONAL HEALTHCARE OF LEESVILLE, INC. D/B/A BYRD REGIONAL HOSPITAL |
| NATIONAL HEALTHCARE OF MT VERNON INC D/B/A CROSSROADS COMMUNITY HOSPITAL |
| NAVARRO HOSPITAL LP D/B/A NAVARRO REGIONAL HOSPITAL |
| NHCI OF HILLSBORO INC D/B/A HILL REGIONAL HOSPITAL |
| OAK HILL HOSPITAL CORPORATION D/B/A PLATEAU MEDICAL CENTER |
| OSCEOLASC LLC |
| PAINTSVILLE HOSPITAL COMPANY, LLC D/B/A PAUL B HALL REGIONAL MEDICAL CENTER |
| PASCO REGIONAL MEDICAL CENTER, LLC |
| PHILLIPS HOSPITAL CORPORATION D/B/A HELENA REGIONAL MEDICAL CENTER |
| PINEY WOODS HEALTHCARE SYSTEM, L.P. D/B/A WOODLAND HEIGHTS MEDICAL CENTER |
| POPLAR BLUFF REGIONAL MEDICAL CENTER LLC |
| PORT CHARLOTTE HMA LLC D/B/A BAYFRONT HEALTH PORT CHARLOTTE |

| |
|---|
| PRIME HEALTHCARE SERVICES MESQUITE LLC |
| PUNTA GORDA HMA LLC |
| QHG OF ENTERPRISE INC D/B/A MEDICAL CENTER ENTERPRISE |
| QHG OF SOUTH CAROLINA INC D/B/A CAROLINAS HOSPITAL SYSTEM MARION |
| RED BUD ILLINOIS HOSPITAL COMPANY LLC D/B/A RED BUD REGIONAL HOSPITAL |
| RIVER OAKS HOSPITAL LLC D/B/A MERIT HEALTH RIVER OAKS |
| ROCKLEDGE HMA,LLC D/B/A WUESTHOFF MEDICAL CENTER – ROCKLEDGE |
| ROH LLC |
| ROSE CITY HMA LLC D/B/A LANCASTER REGIONAL MEDICAL CENTER |
| RUSTON LOUISIANA HOSPITAL COMPANY LLC D/B/A NORTHERN LOUISIANA MEDICAL CENTER |
| SAN ANGELO HOSPITAL LP D/B/A SAN ANGELO COMMUNITY MEDICAL CENTER |
| SAN MIGUEL HOSPITAL CORPORATION D/B/A ALTA VISTA REGIONAL HOSPITAL |
| SALEM HOSPITAL CORPORATION D/B/A THE MEMORIAL HOSPITAL OF SALEM COUNTY |
| SEBASTIAN HOSPITAL LLC D/B/A SEBASTIAN RIVER MEDICAL CENTER |
| SEBRING HOSPITAL MANAGEMENT ASSOCIATES LLC D/B/A HIGHLANDS REGIONAL MEDICAL CENTER |
| SEMINOLE HMA, LLC D/B/A ALLIANCEHEALTH SEMINOLE |
| SHELBYVILLE HOSPITAL COMPANY LLC D/B/A TENNOVA HEALTHCARE-SHELBYVILLE |
| SILOAM SPRINGS ARKANSAS HOSPITAL COMPANY LLC D/B/A SILOAM SPRINGS REGIONAL HOSPITAL |
| STARKE HMA, LLC D/B/A SHANDS STARKE REGIONAL MEDICAL CENTER |
| STATESVILLE HMA LLC D/B/A DAVIS REGIONAL MEDICAL CENTER |
| SUNBURY HOSPITAL COMPANY LLC D/B/A SUNBURY COMMUNITY HOSPITAL |
| TOOELE HOSPITAL CORPORATION D/B/A MOUNTAIN WEST MEDICAL CENTER |
| TULLAHOMA HMA LLC D/B/A TENNOVA HEALTHCARE-HARTON |
| TUNKHANNOCK HOSPITAL COMPANY LLC D/B/A TYLER MEMORIAL HOSPITAL |
| VAN BUREN HMA LLC D/B/A SPARKS MEDICAL CENTER- VAN BUREN |
| VENICE HMA LLC D/B/A VENICE REGIONAL BAYFRONT HEALTH |
| VICTORIA OF TEXAS LP D/B/A DETAR HOSPITAL NAVARRO |
| WATSONVILLE HOSPITAL CORPORATION D/B/A WATSONVILLE COMMUNITY HOSPITAL |
| WEST GROVE HOSPITAL COMPANY LLC D/B/A JENNERSVILLE REGIONAL HOSPITAL |
| WILLIAMSTON HOSPITAL CORPORATION D/B/A/ MARTIN GENERAL HOSPITAL |
| WINDER HMA LLC D/B/A BARROW REGIONAL MEDICAL CENTER |
| WOMEN & CHILDRENS HOSPITAL LLC D/B/A LAKE AREA MEDICAL CENTER |
| WOODWARD HEALTH SYSTEM LLC D/B/A ALLIANCEHEALTH WOODWARD |
| YAKIMA HMA LLC D/B/A TOPPENISH COMMUNITY HOSPITAL |
| YAKIMA HMA LLC D/B/A YAKIMA REGIONAL MEDICAL AND CARDIAC CENTER |