## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA,
## MIAMI DIVISION

### Case NO. 18-20394-CIV-Scola/Torres

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DEREK LEWIS and JOEY NEIMAN, | ) ) ) |
| Plaintiffs/Relators, | ) ) |
| vs. | ) ) |
| COMMUNITY HEALTH SYSTEMS, INC. *et al.* | ) ) ) |
| Defendants. | ) ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE BRIEF

Relators Derek Lewis and Joey Neiman ("Plaintiffs") hereby move this Court for leave to file a single, consolidated brief in response to the four motions to dismiss filed in this case: ECF No. 129, filed by Defendant Medhost, Inc.; ECF No. 132, filed by Defendant CHSPSC, LLC ("CHSPSC"); ECF No. 133, filed by the group of hospital defendants identified in ECF No. 133, and its Appendix A (the "Hospital Defendants"); and ECF No. 134, filed by Defendant Community Health Systems, Inc. ("CHSI") (CHSPSC, the Hospital Defendants and CHSI are collectively referred to as "CHS" or the "CHS Entities" and collectively with Medhost, Inc., the "Defendants"). In support of this Unopposed Motion, Plaintiffs state as follows:

1.      On July 11, 2019, this Court entered an Order directing Plaintiffs' counsel to file motions to dismiss Relators' First Amended Complaint on or before September 24, 2019, and Plaintiffs to file their response memoranda in opposition to any motions to dismiss on or before October 24, 2019. [ECF No. 120.] The Court also permitted the parties an additional five pages for each of their respective memoranda (*i.e.*, 25 pages for each brief). *Id.*

2.      On September 24, 2019, the Defendants filed four motions to dismiss with incorporated memoranda.  Not surprisingly, the issues raised by the Defendants overlap one another on a number of issues.  In fact, the CHS briefs regularly cross-reference arguments made by one another.

3.      Given the common set of facts and issues, Plaintiffs are seeking leave of this Court to file one consolidated response brief in opposition to the four motions to dismiss. Given that Plaintiffs are still responding to four different motions to dismiss, such a consolidated brief would need to well exceed the five additional pages the Court has permitted Plaintiffs to file for any individual brief.  Defendants' four briefs totaled 83 pages.  Plaintiffs are seeking leave to file a consolidated brief that will not exceed 80 pages (amounting to an average of 20 pages per response brief, consistent with the Local Rule 7.1(c)(2)).

4.      Before filing this motion, Plaintiffs' counsel contacted counsel for each of the Defendants, and none had any objection to this motion.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request leave of this Court to file by October 24, 2019, a single, consolidated response brief not to exceed 80 pages, in response to ECF Nos. 129, 132, 133, and 134.

Dated:  October 22, 2019          Respectfully submitted,

/s/ *Jeffrey W. Dickstein*
Jeffrey Wynn Dickstein
jdickstein@phillipsandcohen.com
Phillips and Cohen LLP
200 South Biscayne Blvd.
Suite 2790
Miami, FL 33131
Tel: 305-372-5200
Fax: 305-374-3200

Colette G. Matzzie (*Admitted Pro Hac Vice*)

cmatzzie@phillipsandcohen.com
Phillips and Cohen LLP
2000 Massachusetts Ave., NW
Washington, D.C. 20036
Tel: 202-833-4567

Edward H. Arens (*Admitted Pro Hac Vice*)
earens@phillipsandcohen.com
Phillips and Cohen, LLP
100 The Embarcadero
San Francisco, CA 94105
Tel: 415-836-9000

David E. Morrison (*Admitted Pro Hac Vice*)
David.morrison@goldbergkohn.com
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
Tel: 312-201-4000

**Attorneys PLAINTIFFS/RELATORS
<u>DEREK LEWIS and JOEY NEIMAN</u>**