# EXHIBIT A

| | |
|---|---|
| **From:** | Morrison, David <David.Morrison@goldbergkohn.com> |
| **Sent:** | Tuesday, October 22, 2019 9:22 AM |
| **To:** | Sozio, Stephen G.; Laemmle-Weidenfeld, Laura F. |
| **Cc:** | Sarkis, Jessica M.; Edward  Ned  Arens; jdickstein@phillipsandcohen.com; Colette Matzzie; Johnson, Danielle K.; Arguello, Juan C.; Kaur, Harleen; Chizewer, David |
| **Subject:** | Medhost |

Steve and Laura

Our response brief is due on Thursday.  Given the overlapping issues, we are going to seek leave of court today to file one consolidated response brief in response to the four motions to dismiss filed by Medhost and the CHS entities.  Please let us know if you have any objection to our filing a consolidated response brief.

Thank you

David

David Morrison | **Goldberg Kohn Ltd.** | 55 East Monroe, Suite 3300, Chicago, Illinois 60603 | direct: 312.201.3972 | direct fax: 312.863.7472 | David.Morrison@goldbergkohn.com | www.goldbergkohn.com | Biography |

This e-mail is subject to Goldberg Kohn's terms and conditions regarding e-mail, which are available on our web site. Unless we have specifically stated to the contrary in writing, any discussion of federal tax issues or submissions in this communication (including any attachments) is not intended to be used, and cannot be used, for avoiding penalties under the United States federal tax laws.