## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA,
## MIAMI DIVISION

Case NO. 18-20394-CIV-Scola/Torres

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DEREK LEWIS and JOEY NEIMAN, | ) ) ) |
| Plaintiffs/Relators, | ) ) |
| vs. | ) ) ) |
| COMMUNITY HEALTH SYSTEMS, INC. *et al.* | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT MEDHOST INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE RELATORS' CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

In response to MEDHOST Inc.'s ("MEDHOST") Motion to Strike, Relators assert that "Plaintiffs' counsel . . . sought agreement from the CHS Defendants and from MEDHOST for Plaintiffs to consolidate the four briefs into one **oversized brief**." Relators' Opp., Dkt. 139, at 1 (emphasis added). That statement is false. The record established in MEDHOST's Motion to Strike makes clear that Relators never discussed with MEDHOST's counsel filing an "oversized brief" as required under Local Rule 7.1(a)(3).

Relators further assert that there is "no prejudice to MEDHOST" from their failure to meet and confer and the filing of their 76-page brief. Relators' Opp. at 3. But MEDHOST has been prejudiced. Relators should have had a 25-page limit to respond to MEDHOST's arguments in its Motion to Dismiss. But instead they took the vast majority of the additional pages in their Consolidated Response brief to respond to the arguments raised by MEDHOST in its Motion to Dismiss. More than two-thirds of Relators' 76-page Consolidated Response brief is dedicated to responding to the arguments MEDHOST made in 25 pages. While it is telling

that Relators need such volume to respond to MEDHOST's arguments, it was grossly inequitable

and only achieved by Relators' misrepresentation to the Court.

In conclusion, Relators' Consolidated Response brief should be stricken, and they should

be required to meet and confer regarding any extension of the page limit beyond the 25 pages

originally ordered.

Dated: October 29, 2019

Respectfully submitted,

*/s/ Erika S. Whyte*
**Stephen G. Sozio**
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
Email: sgsozio@jonesday.com
* admitted *pro hac vice*

**Laura F. Laemmle-Weidenfeld**
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
(202) 879-3939
Fax: 202-626-1700
Email: lweidenfeld@jonesday.com
* admitted *pro hac vice*

**Erika Stephanie Whyte**
Jones Day
600 Brickell Avenue
Suite 3300
Miami, FL 33131
(305) 714-9700
Fax: (305) 714-9799
Email: ewhyte@jonesday.com
*LEAD ATTORNEY*

**Jessica M. Sarkis**
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
Email: jsarkis@jonesday.com
* admitted *pro hac vice*

*Attorneys for Defendant MEDHOST, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 29, 2019, I caused to be electronically filed the foregoing with the

Clerk of Court for using the Court's CM/ECF system, which sent notice of such filing to all counsel

of record.

/s/ *Erika S. Whyte*
Erika S. Whyte