# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA,
## MIAMI DIVISION

Case NO. 18-20394-CIV-Scola/Torres

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* | ) |
| DEREK LEWIS and JOEY NEIMAN, | ) |
| | ) |
| Plaintiffs/Relators, | ) |
| | ) |
| vs. | ) |
| | ) |
| COMMUNITY HEALTH SYSTEMS, | ) |
| INC. *et al.* | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT MEDHOST INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE CORRECTED CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS RELATORS' FIRST AMENDED COMPLAINT

Defendant MEDHOST, INC. ("MEDHOST") files this Response to Plaintiffs' Motion for Leave to File Corrected Consolidated Opposition to Defendants' Motions to Dismiss Relators' First Amended Complaint, Dkt 142.  MEDHOST does not oppose Plaintiffs' Motion to Seal their original Consolidated Opposition to Defendants' Motions to Dismiss Relators' First Amended Complaint, Dkt. 141.  MEDHOST does oppose Plaintiffs' Motion for Leave to File Corrected Consolidated Opposition, Dkt. 142, for the reasons cited in MEDHOST's Motion to Strike, Dkt. 138.

Dated:  October 31, 2019

Respectfully submitted,

*/s/ Erika S. Whyte*

**Stephen G. Sozio**
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
Email: sgsozio@jonesday.com
* admitted *pro hac vice*

**Laura F. Laemmle-Weidenfeld**
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
(202) 879-3939
Fax: 202-626-1700
Email: lweidenfeld@jonesday.com
* admitted *pro hac vice*

**Erika Stephanie Whyte**
Jones Day
600 Brickell Avenue
Suite 3300
Miami, FL 33131
(305) 714-9700
Fax: (305) 714-9799
Email: ewhyte@jonesday.com
*LEAD ATTORNEY*

**Jessica M. Sarkis**
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-3939
Email: jsarkis@jonesday.com
* admitted *pro hac vice*
*Attorneys for Defendant MEDHOST, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 31, 2019, I caused to be electronically filed the foregoing with the

Clerk of Court for using the Court's CM/ECF system, which sent notice of such filing to all counsel

of record.

*/s/ Erika S. Whyte*
Erika S. Whyte