United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America *ex rel* Derek Lewis and Joey Neiman, Plaintiffs, <br><br> v. <br><br> Community Health Systems, Inc. and others, Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-20394-Civ-Scola |

### Order Partially Staying Case Upon Notice of Bankruptcy

Thirty of the one-hundred-and-forty hospital-entity Defendants in this case have recently informed the Court that they have filed petitions for bankruptcy protection. The filing of these petitions for bankruptcy triggers an automatic stay of this case as to the thirty hospital entities listed in Exhibit A of the Defendants' notice (ECF No. 155, 3–4) by virtue of 11 U.S.C. § 362.

The Court therefore stays this case with respect to these thirty Defendants until the conclusion of their bankruptcy proceedings. Should the parties seek a stay of the entire case and removal of the case from the Court's trial calendar, they must notify the Court immediately. The Court orders counsel representing these Defendants to file status reports advising of the status of the bankruptcy proceedings every 120 days; the first report is due by **July 22, 2020**. Failure to timely file a status report in compliance with this Order may result in the immediate imposition of sanctions against counsel. The case will continue to proceed as to the non-bankruptcy Defendants only.

The Court **further orders** counsel representing the thirty-listed hospitals to file a copy of any order from the bankruptcy court that lifts the automatic stay or otherwise terminates the bankruptcy proceedings. Such an order must be filed with this Court within 14 days of its being issued by the bankruptcy court.

**Done and ordered** in Miami, Florida on April 21, 2020.

_____
Robert N. Scola, Jr.
United States District Judge