UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 18-20394-CIV-Scola/Torres

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DEREK LEWIS and JOEY NEIMAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| COMMUNITY HEALTH SYSTEMS, INC., et al., | ) ) ) ) |
| Defendants. | ) / |

**CERTAIN HOSPITAL DEFENDANTS'
STATUS REPORT AND MOTION TO REOPEN**

Pursuant to the April 21, 2020 Order Partially Staying Case Upon Notice of Bankruptcy (ECF No. 156) and the June 11, 2020 Order Granting Motions to Dismiss (ECF No. 157), the 30 hospital-entity defendants identified in **Appendix A** (the "Remaining Hospital Defendants") submit this status report and motion to reopen.

Pursuant to the April 21 Order, the Remaining Hospital Defendants submit the following orders of the Bankruptcy Court concluding the bankruptcy proceedings. On June 30, 2020, the Bankruptcy Court entered an order confirming the plan of reorganization for the Remaining Hospital Defendants, their parent entities, sister companies, and affiliates. *See In re Quorum Health Corp.*, No. 20-10766 (D. Del. Bankr.), ECF No. 556. A copy of the confirmation order is attached as **Appendix B**. The plan of reorganization became effective on July 7, 2020. *In re Quorum Health Corp.*, No. 20-10766 (D. Del. Bankr.), ECF No. 568. A copy of the notice confirming the occurrence of the Effective Date is attached as **Appendix C**.

Accordingly, the Remaining Hospital Defendants move to reopen the case and respectfully request that the Court dismiss the claims against them, with prejudice, for the reasons stated in the June 11, 2020 Order dismissing the claims against all other Defendants.

Dated: July 13, 2020

Respectfully submitted,

By: /s/ *Martin B. Goldberg*
     Martin B. Goldberg

LASH & GOLDBERG LLP
Martin B. Goldberg
Florida Bar No. 0827029
Daryl L. Saylor, Jr.
Florida Bar No. 100376
100 Southeast 2nd Street, Suite 1200
Miami, FL 33131-2158
Telephone: (305) 347-4040
Facsimile: (305) 347-4050
mgoldberg@lashgoldberg.com
dsaylor@lashgoldberg.com

ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
Michael L. Waldman (*pro hac vice*)
Brandon L. Arnold (*pro hac vice*)
Lauren M. Cassady (*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
mwaldman@robbinsrussell.com
barnold@robbinsrussell.com
lcassady@robbinsrussell.com

*Counsel for the Hospital Defendants identified in attached Appendix A*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Martin B. Goldberg*
Martin B. Goldberg

## SERVICE LIST:

David J. Chizewer (admitted *pro hac vice*)
David E. Morrison (admitted *pro hac vice*)
Harleen Kaur (*pro hac vice* anticipated)
Danielle K. Johnson (*pro hac vice* anticipated)
Juan C. Arguello (*pro hac vice* anticipated)
GOLDBERG KOHN LTD.
55 E. Monroe Street, Suite 3300
Chicago, IL 60603
Tel: (312) 201-4000/Fax: (312) 863-7472
David.Chizewer@goldbergkohn.com
David.Morrison@goldbergkohn.com
Harleen.Kaur@goldbergkohn.com
Danielle.Johnsons@goldbergkohn.com
Juan.Arguello@goldbergkohn.com
Edward H. Arens (admitted *pro hac vice)*
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300 San Francisco, CA 94105
Tel: (415) 836-9000
earens@phillipsandcohen.com

Brandon L. Arnold (admitted *pro hac vice*)
Michael L. Waldman (admitted *pro hac vice)*

Colette G. Matzzie (admitted *pro hac vice*)
Luke J. Diamond (admitted *pro hac vice*)
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue
NW Washington, DC 20036
Tel: (202) 833-4567
cmatzzie@phillipsandcohen.com
ldiamond@phillipsandcohen.com

Jeffrey W. Dickstein (FL Bar No. 434892)
PHILLIPS & COHEN LLP
Southeast Financial Center
200 S. Biscayne Blvd., Suite 2790
Miami, Florida 33131
Tel: (305) 372-5200
jdickstein@phillipsandcohen.com

Erika Stephanie Whyte (FL Bar No. 91133)
JONES DAY
600 Brickell Ave., Suite 3300
Miami, FL 33131
Tel: (305) 714-9700
ewhyte@jonesday.com
obencomo@jonesday.com
ycabreracruz@jonesday.com

3

Lauren M. Cassady (admitted *pro hac vice*)
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber, LLP
2000 K Street NW, 4th Floor
Washington DC 20006
Tel: (202) 775-4500
barnold@robbinsrussell.com
mwaldman@robbinsrussell.com

Laura F. Laemmle-Weidenfeld
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 2001
Tel: (202) 879-3939
lweidenfeld@jonesday.com

Jessica M. Sarkis
Stephen G. Sozio
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Tel: (216) 586-3939
jsarkis@jonesday.com
sgsozio@jonesday.com

4