United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America *ex rel* Derek Lewis and Joey Neiman, Plaintiffs,<br><br>v.<br><br>Community Health Systems, Inc. and others, Defendants. | Civil Action No. 18-20394-Civ-Scola |

## Judgment

The Court has dismissed this case with prejudice. (ECF Nos. 157, 161.) The Court now enters judgment in favor of the Defendants and against the Plaintiffs, as required by Federal Rule of Civil Procedure 58. The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on July 24, 2020.

_____
Robert N. Scola, Jr.
United States District Judge